Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*if known*): _____ Chapter __**11**__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

---

**1. Debtor's name**      Fairway Energy, LP

---

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

---

**3. Debtor's federal Employer Identification Number (EIN)**      38 – 3994200 — —  — — —

---

**4. Debtor's address**

**Principal place of business**

3 Riverway, Suite 1550
Number        Street

Houston, TX  77056
City              State     ZIP Code

HARRIS
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City              State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City              State     ZIP Code

---

**5. Debtor's website (URL)**      www.fairwaymidstream.com

---

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☒ Partnership (excluding  LLP)
☐ Other. Specify: _____

---

Debtor      Fairway Energy, LP
            _____
            Name

Case number (if known) _____

---

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4  8  6  1

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

        District _____  When _____  Case number _____
                                          MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor   SEE ATTACHMENT                  Relationship _____

        District _____  When _____
                                         MM / DD / YYYY

        Case number, if known _____

---

Debtor    **Fairway Energy, LP**                                    Case number *(if known)*_____
          Name

**11. Why is the case filed in *this***    *Check all that apply:*
**district?**
☒ Debtor has its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have**    ☒ No
**possession of any real**            ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property or personal property**
**that needs immediate**              **Why does the property need immediate attention?** *(Check all that apply.)*
**attention?**
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

                          _____

                          _____
                          City                              State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name    _____

        Phone           _____

| **Statistical and administrative information** |

**13. Debtor's estimation of**    *Check one:*
**available funds**
☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of**    ☐ 1-49              ☐ 1,000-5,000          ☐ 25,001-50,000
**creditors**                  ☒ 50-99             ☐ 5,001-10,000         ☐ 50,001-100,000
                               ☐ 100-199           ☐ 10,001-25,000        ☐ More than 100,000
                               ☐ 200-999

**15. Estimated assets**       ☐ $0-$50,000                ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
                               ☐ $50,001-$100,000          ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
                               ☐ $100,001-$500,000         ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
                               ☐ $500,001-$1 million       ☒ $100,000,001-$500 million    ☐ More than $50 billion

Debtor    Fairway Energy, LP
          Name                                                          Case number (if known) _____

**16. Estimated liabilities**

☐ $0-$50,000                 ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000           ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000          ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million        ☒ $100,000,001-$500 million     ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/26/2018
               MM / DD /YYYY

✗ _Dana A Grams_                          Dana A. Grams
Signature of authorized representative of debtor      Printed name

Title  Chief Executive Officer of Fairway Energy GP, LLC, General Partner of Fairway Energy LP

---

**18. Signature of attorney**

✗ _[signature]_                          Date    11/26/2018
                                                 MM / DD /YYYY

Edmon L. Morton
Printed name
Young Conaway Stargatt & Taylor, LLP
Firm name

Rodney Square, 1000 North King Street
Number        Street
Wilmington                                  DE          19801
City                                        State       ZIP Code

302-571-6600                                EMorton@ycst.com
Contact phone                               Email address

3856                                        DE
Bar number                                  State

---

## ATTACHMENT A

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below including the Debtor in this chapter 11 case filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company | Tax ID # |
|---|---|
| Fairway Energy, LP | 38-3994200 |
| Fairway Energy Partners, LLC | 45-1687914 |
| Fairway Energy GP, LLC | 61-1787808 |

## CERTIFIED RESOLUTIONS OF THE
## BOARD OF DIRECTORS OF
## FAIRWAY ENERGY GP, LLC, FOR ITSELF AND AS
## GENERAL PARTNER FOR FAIRWAY ENERGY, LP, AND
## ITS CAPACITY AS THE SOLE MEMBER OF
## FAIRWAY ENERGY PARTNERS, LLC

The undersigned, being all members of the Board of Directors (the "Board") of Fairway

Energy GP, LLC, a Delaware limited liability company and the general partner ("Fairway GP"),

of Fairway Energy, LP, a Delaware limited partnership ("Fairway LP"), which is the sole member

of Fairway Energy Partners, LLC ("FEP LLC"), hereby consent to the adoption of the following

resolutions, on behalf of Fairway GP, acting in Fairway GP's individual capacity and in its capacity

as the general partner of Fairway LP, and in such latter capacity, on behalf of Fairway LP acting

in its capacity as the sole member of FEP LLC:

WHEREAS, Fairway GP serves as general partner of Fairway LP and the partnership is

the sole member of FEP LLC (collectively referred to as "Fairway"); and

WHEREAS, FEP LLC is a borrower under a Senior Secured Term Loan Credit Agreement

by and among Riverstone Credit Partners, L.P. ("Riverstone"), as Administrative Agent; the

lenders party thereto; and Fairway LP is guarantor, all dated as of March 29, 2017, as may

thereafter have been amended (the "Credit Agreement"); and

WHEREAS, FEP LLC and Fairway LP are each subject to an Event of Default under the

Credit Agreement; and

WHEREAS, Fairway GP is subject to alleged or potential liability in connection with the

operations of Fairway and in particular to those liabilities of Fairway LP; and

WHEREAS, due to insufficient liquidity, Fairway is unable to cure the Event of Default

under the Credit Agreement; and

WHEREAS, Fairway has been unable to obtain and maintain in effect an amendment, waiver or forbearance of the remedies triggered by the Event of Default under the Credit Agreement for the period after October 22, 2018; and

WHEREAS, Fairway may be subjected to events of default under other material contracts and agreements that are integral to Fairway's business operations; and

WHEREAS, Fairway has retained Haynes and Boone, LLP ("Haynes and Boone") to provide advice and counsel with respect to restructuring matters, including bankruptcy; and

WHEREAS, Fairway has retained Alvarez & Marsal North America, LLC ("Alvarez & Marsal"), as financial and restructuring advisors and Alvarez & Marsal has assisted Fairway with its financial and cash flow analysis and financial forecasts and modeling the financial impact of Fairway's proposed restructuring in Chapter 11; and

WHEREAS, Fairway may retain other such professionals to provide further necessary services in the ordinary course of its business and otherwise to assist with respect to all facets of its business and restructuring process; and

WHEREAS, Fairway has been unable to obtain financing to allow them to cure or otherwise address the Event of Default under the Credit Agreement; and

WHEREAS, after reviewing the current circumstances and taking into account the extensive previous efforts by Fairway and its professionals to pursue alternative transactions in order to avoid the need to file bankruptcy cases that the Board and each Fairway entity have determined, in its respective business judgment and free from conflicting personal interests, that each of the Fairway business entities file a Chapter 11 case to protect the assets and properties of Fairway and to preserve the value of Fairway for the benefit of its stakeholders and other interested parties; and

WHEREAS, the Board has reviewed and considered the materials previously reviewed in the course of addressing the issues confronting Fairway and more recently those relating to the current state of negotiations on the Riverstone Credit Agreement and have conferred with Fairway's management team and financial and legal advisors regarding the options and risk exposures to Fairway absent relief from collection efforts undertaken by Riverstone under the Credit Agreement.

**Filing and Prosecution of Bankruptcy Case**

NOW, THEREFORE, BE IT

RESOLVED, that in the business judgment of the Board, it is desirable and in the best interest of each of the Fairway business entities and their respective stakeholders and other interested parties that each of Fairway LP, FEP LLC and Fairway GP file or cause to be filed separate voluntary petitions (the "Chapter 11 Petition") seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and it is further

RESOLVED, that the officers of Fairway LP, FEP LLC and Fairway GP (collectively, the "Authorized Officers") be, and each hereby is, authorized and directed to execute and verify the Chapter 11 Petition and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), in such form and at such time as such Authorized Officer(s) shall determine; and it is further

RESOLVED, that the Authorized Officers be, and each hereby is, authorized to execute and file (or direct others to do so on behalf of Fairway LP, FEP LLC and Fairway GP and as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, loan and financing agreements and security agreements and related documents, and other papers, and in connection therewith, to employ and

retain all assistance by legal counsel, accountants, financial advisors or other professionals and to take any and all action which they deem necessary and proper in connection with the Chapter 11 case.

## DIP Financing

RESOLVED, that the Authorized Officers of Fairway LP, FEP LLC and Fairway GP be, and each of them hereby is, authorized and directed to negotiate and obtain financing to the extent available with one or more lenders or investors on such terms and in such amount as are deemed necessary to further finance the operations of Fairway LP, FEP LLC and Fairway GP through its Chapter 11 case and the confirmation and effective date of a plan of reorganization and to execute and file (or direct others to do so on behalf of Fairway LP, FEP LLC and Fairway GP as provided herein) all necessary documents, including, without limitation, all motions, pleadings, loan and financing agreements and security agreements and related documents necessary or appropriate in connection with obtaining such financing, and subject to further consultation with the board.

## Employment of Professionals

RESOLVED, that the law firm of Haynes and Boone, and appropriate local counsel in Delaware as required under the applicable rules, be, and hereby is, employed under general retainer as bankruptcy counsel for each Fairway entity in the Chapter 11 case, and the Authorized Officers of each of the Fairway entities are in each case authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate applications for authority to retain the services of Haynes and Boone, and appropriate local counsel in Delaware as required under the applicable rules; and it is further

RESOLVED, that Alvarez & Marsal be, and hereby is, employed under general retainer as financial and restructuring advisors to Fairway LP, FEP LLC and Fairway GP in the Chapter 11 cases, and the Authorized Officers of each of the Fairway entities are in each case hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate applications for authority to retain the services of Alvarez & Marsal; and it is further

RESOLVED, that the Authorized Officers of Fairway be, and each of them hereby is, authorized and directed to employ any other firm as professionals or consultants to the Fairway entities as are deemed necessary to represent and assist Fairway LP, FEP LLC and Fairway GP in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Authorized Officers of the Fairway companies are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 case and cause to be filed an appropriate applications for authority to retain the services of such firm; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of Fairway LP, FEP LLC and Fairway GP.

**General Authorizing Resolutions**

RESOLVED, that the Authorized Officers be, and each of them, hereby is authorized and directed, in the name of and on behalf of Fairway LP, FEP and Fairway GP, under Fairway LP, FEP and Fairway GP's corporate seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to

disburse funds of Fairway LP, FEP LLC and Fairway GP, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to prosecute a Chapter 11 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

RESOLVED that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is authorized and directed, in the name of and on behalf of Fairway LP, FEP LLC and Fairway GP, under Fairway LP, FEP LLC and Fairway GP's corporate seal or otherwise, to vote the shares of Fairway LP, FEP LLC and Fairway GP's subsidiaries to authorize such subsidiaries to file Chapter 11 cases concurrently with Fairway LP, FEP LLC and Fairway GP in order to accomplish efficiently a restructuring of all of the business, financing and operations of Fairway LP, FEP LLC and Fairway GP and such subsidiaries; and it is further

RESOLVED, that all authorized acts, transactions, or agreements undertaken prior to the adoption of these resolutions by any officer of Fairway LP, FEP LLC and Fairway GP on behalf of Fairway LP, FEP LLC and Fairway GP in connection with the foregoing matters are hereby authorized, approved, ratified, confirmed and adopted as the acts of Fairway LP, FEP LLC and Fairway GP; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed to certify and attest any documents or materials which they deem necessary, desirable or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other officer or the affixing of any seal of Fairway LP, FEP LLC and Fairway GP.

* * * * *

Pursuant to the Delaware Limited Liability Company Act, the undersigned, being all the members of the Board of Directors (the "Board") of Fairway Energy GP, LLC, a Delaware limited liability company, do hereby adopt, by unanimous consent, the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned have executed this consent as of the respective dates set forth below for and on behalf of each of Fairway GP, Fairway LP, and FEP LLC, under the authority and in the capacities as set forth above.

_____
Porter Bennett
Dated: November ___, 2018

_____
Arthur L. Smith
Dated: November ___, 2018

_____
Nicholas L. Swyka, Jr.
Dated: November ___, 2018

_____
J. Chris Jones
Dated: November ___, 2018

_____
William T. Wilson
Dated: November ___, 2018

_____
Jim P. Wise
Dated: November 17, 2018

otherwise, to vote the shares of Fairway LP, FEP LLC and Fairway GP's subsidiaries to authorize such subsidiaries to file Chapter 11 cases concurrently with Fairway LP, FEP LLC and Fairway GP in order to accomplish efficiently a restructuring of all of the business, financing and operations of Fairway LP, FEP LLC and Fairway GP and such subsidiaries; and it is further

RESOLVED, that all authorized acts, transactions, or agreements undertaken prior to the adoption of these resolutions by any officer of Fairway LP, FEP LLC and Fairway GP on behalf of Fairway LP, FEP LLC and Fairway GP in connection with the foregoing matters are hereby authorized, approved, ratified, confirmed and adopted as the acts of Fairway LP, FEP LLC and Fairway GP; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed to certify and attest any documents or materials which they deem necessary, desirable or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other officer or the affixing of any seal of Fairway LP, FEP LLC and Fairway GP.

* * * * *

Pursuant to the Delaware Limited Liability Company Act, the undersigned, being all the members of the Board of Directors (the "Board") of Fairway Energy GP, LLC, a Delaware limited liability company, do hereby adopt, by unanimous consent, the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned have executed this consent as of the respective dates set forth below for and on behalf of each of Fairway GP, Fairway LP, and FEP LLC, under the authority and in the capacities as set forth above.

| | |
|---|---|
| Porter Bennett | Arthur L. Smith |
| Dated: November ____, 2018 | Dated: November ____, 2018 |
| | |
| Nicholas L. Swyka, Jr. | J. Chris Jones |
| Dated: November _19_, 2018 | Dated: November ____, 2018 |
| | |
| William T. Wilson | Jim P. Wise |
| Dated: November ____, 2018 | Dated: November ____, 2018 |

4

* * * * *

Pursuant to the Delaware Limited Liability Company Act, the undersigned, being all the members of the Board of Directors (the "Board") of Fairway Energy GP, LLC, a Delaware limited liability company, do hereby adopt, by unanimous consent, the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned have executed this consent as of the respective dates set forth below for and on behalf of each of Fairway GP, Fairway LP, and FEP LLC, under the authority and in the capacities as set forth above.

---

Porter Bennett
Dated: November ___, 2018

---

Arthur L. Smith
Dated:  November ___, 2018

---

Nicholas L. Swyka, Jr.
Dated:  November ___, 2018

---

J. Chris Jones
Dated:  November ___, 2018

---

William T. Wilson
Dated: November 19, 2018

---

Jim P. Wise
Dated:  November ___, 2018

\* \* \* \* \*

Pursuant to the Delaware Limited Liability Company Act, the undersigned, being all the members of the Board of Directors (the "Board") of Fairway Energy GP, LLC, a Delaware limited liability company, do hereby adopt, by unanimous consent, the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned have executed this consent as of the respective dates set forth below for and on behalf of each of Fairway GP, Fairway LP, and FEP LLC, under the authority and in the capacities as set forth above.

| | |
|---|---|
| _____ | _____ |
| Porter Bennett | Arthur L. Smith |
| Dated: November ___, 2018 | Dated: November ___, 2018 |
| | |
| _____ | _____ |
| Nicholas L. Swyka, Jr. | J. Chris Jones |
| Dated: November ___, 2018 | Dated: November ___, 2018 |
| | |
| _____ | _____ |
| William T. Wilson | Jim P. Wise |
| Dated: November ___, 2018 | Dated: November ___, 2018 |

* * * * *

Pursuant to the *Delaware Limited Liability Company Act*, the undersigned, being all the members of the Board of Directors (the "Board") of Fairway Energy GP, LLC, a Delaware limited liability company, do hereby adopt, by unanimous consent, the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned have executed this consent as of the respective dates set forth below for and on behalf of each of Fairway GP, Fairway LP, and FEP LLC, under the authority and in the capacities as set forth above.

---

Porter Bennett
Dated: November ___, 2018

---

Arthur L. Smith
Dated: November ___, 2018

---

Nicholas L. Swyka, Jr.
Dated: November ___, 2018

---

J. Chris Jones
Dated: November 17, 2018

---

William T. Wilson
Dated: November ___, 2018

---

Jim P. Wise
Dated: November ___, 2018

Fill in this information to identify the case:

Debtor name ___Fairway Energy, LP *et al*_____

United States Bankruptcy Court for the: _____ District of ___Delaware_____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ISFI Constructors LLC 5106 Manor Haven Houston, TX 77084 | Hal Jarrell Phone: 832-434-8772 hal@isfi.com | Trade Debt | Disputed | | | $547,918.65 |
| 2 | Ann Harris Bennett, Tax Assessor Collector PO Box 4622 Houston, TX 77210 | Phone: 713-274-8000 Fax: 713-368-2509 ann.harris-bennett@tax.hctx.net | Property taxes due under lease | | | | $366,710.43 |
| 3 | Underground Storage, LLC 4800 San Felipe Houston, TX 77056 | Theodore Grabowski Phone: 713-986-2880 Fax: 713-986-5326 tgrabows@texasbrine.com | Trade Debt | Contingent | | | $136,274.04 |
| 4 | EnviroCon Systems, Inc. PO Box 673048 Houston, TX 77267 | Phone: 281-443-2565 Fax: 281-443-6227 michelle@enviroconsystmes.com | Trade Debt | | | | $130,744.50 |
| 5 | Hawkins Lease Service, Inc. PO Box 1699 Alvin, TX 77512 | Will Hawkins Phone: 281-331-2739 Fax: 281-585-4295 whawkins@hawkinsleaseservice.com | Trade Debt | | | | $95,922.50 |
| 6 | Instrumentation and Electrical Specialists, Inc. PO Box 5370 Pasadena, TX 77508 | Jeff Durso Phone: 281-470-1063 Fax: 281-470-1067 | Trade Debt | | | | $47,109.96 |
| 7 | Locke Lord LLP PO Box 301170 Dallas, TX 75303-1170 | John Arnold; Mark Miller Phone: 713-226-1200 Fax: 713-223-3717 john.arnold@lockelord.com | Trade Debt | | | | $29,426.25 |
| 8 | K E Andrews & Company 1900 Darlock Road Rowlett, TX 75088 | Chad Wigington Phone: 469-298-1594 Fax: 469-298-1595 cwigington@keatax.com | Trade Debt | | | | $17,000.00 |

Debtor    Fairway Energy LP *et al*                                    Case number *(if known)*_____
               Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Calpine Energy Solutions 401 West A Street, Suite 500 San Diego, CA  92101 | Michelle Manner Phone: 619-684-8190 Fax: 619-684-8365 Michelle.manner@calpinesolutions.com | Trade Debt | | | | $15,975.88 |
| 10 | Jackson Walker, LLP 1401 McKinney Street, Suite 1900 Houston, TX  77010 | Amy Baird Richard Howell Phone: 713-752-4200 abaird@jw.com | Trade Debt | | | | $8,947.50 |
| 11 | Hydrologic Monitoring, LLC 1654 W. Sam Houston Parkway N. Houston, TX  77043 | Scot Ude Phone: 713-464-5206 Fax: 713-464-5207 | Trade Debt | | | | $7,914.00 |
| 12 | Haddington Ventures, LLC 2603 Augusta Suite 900 Houston, TX  77057 | J. Chris Jones Phone: 713-532-7992 Fax:713-532-9922 cjones@hvllc.com | Trade Debt | | | | $6,977.92 |
| 13 | Expro Holdings US, Inc. PO Box 122080 Dallas, TX  75312 | Lisa Martin Phone: 281-576-5500 Fax: 281-382-5579 | Trade Debt | | | | $6,169.94 |
| 14 | KorTerra, Inc. 18946 Lake Drive E Chanhassen, MN  55317 | Sam Handziak Phone: 952-697-4295 Fax: 952-697-3141 sam.handziak@korterra.com | Trade Debt | | | | $5,400.00 |
| 15 | Blue Line Rental LLC PO Box 840062 Dallas, TX  75284-0062 | Dana Stephonson Phone: 832-585-5561 dana.stephenson@bluelinerental.com | Trade Debt | | | | $4,640.45 |
| 16 | Smith Pump Company, Inc. 301 M & B Industrial Waco, TX  76712 | Lea Swanson Phone: 254-776-0377 Fax: 254-776-0023 seas@smithpump.com | Trade Debt | | | | $4,598.88 |
| 17 | NewFields Companies, LLC 1349 West Peachtree Street, Suite 200 Atlanta, GA  30309 | Ginger Hicks Phone: 404-347-9050 Fax: 404-347-9080 ghicks@newfields.com | Trade Debt | | | | $4,381.50 |
| 18 | BDO USA, LLP PO Box 677973 Dallas, TX  75267-7973 | Alex Garside Phone: 713-548-0847 agarside@bdo.com | Trade Debt | | | | $4,100.00 |
| 19 | Zabel Freeman 1135 Heights Blvd Houston, TX  77008 | Richard Kerr Phone: 713-802-9117 Fax: 802-9114 rkerr@zflawfirm.com | Trade Debt | | | | $3,562.50 |
| 20 | City of Pasadena (Permit Dept) PO Box 672 Pasadena, TX  77501 | Jeff Wagnor, Mayor Phone: 713-447-1511 | Trade Debt | | | | $3,000.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| **FAIRWAY ENERGY, LP** | § | Case No. _____ |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

## VERIFIED LIST OF EQUITY SECURITY HOLDERS
## FILED BY FAIRWAY ENERGY, LP

| Shareholders | Address of Principal Place of Business or Principal Residence | Number and Class of Units of Security Interest | |
|---|---|---|---|
| President and Fellows of Harvard College | 600 ATLANTIC AVE BOSTON MA 02210 | 11,000,000 | 28.014% |
| Fairway Energy Holdings, LLC (Haddington Energy Partners IV, LP) | 2603 AUGUSTA, SUITE 900 HOUSTON TX 77057 | 7,000,000 | 17.827% |
| Deutsche Global Infrastructure Fund | 345 PARK AVENUE NEW YORK NY 10154 | 6,190,000 | 15.764% |
| Atlas-Zie Energy SPV, LLC | 181 W. MADISON SUITE 3600 CHICAGO IL 60602 | 3,650,000 | 9.296% |
| Great American Life Insurance Company | 301 E. FOURTH STREET CINCINNATI, OH 45202 | 1,750,000 | 4.457% |
| ZP Energy Fund, L.P. | 888 SEVENTH AVE, 23RD FL NEW YORK, NY 10106 | 1,087,000 | 2.768% |
| UBS Asset Management(Americas) Inc | ONE NORTH WACKER DRIVE CHICAGO, IL 60606 | 935,100 | 2.381% |
| Great American Insurance Company | 301 E. FOURTH STREET CINCINNATI, OH 45202 | 750,000 | 1.910% |
| Southern Farm Bureau Life Insurance Company | 1401 LIVINGSTON LANE JACKSON, MS 39213 | 700,000 | 1.783% |
| B. Riley Financial, Inc. | 11100 SANTA MONICA BLVD. SUITE 800 LOS ANGELES, CA 90025 | 630,000 | 1.606% |
| Clough Investment Partners I, LP | ONE POST OFFICE SQUARE 40TH FLOOR BOSTON, MA 21091 | 620,000 | 1.580% |
| Clough Global Opportunities Fund | ONE POST OFFICE SQUARE 40TH FLOOR BOSTON, MA 21091 | 536,000 | 1.365% |
| Bay Resource Partners Offshore Master Fund, LP | 2300 WINDY RIDGE PARKWAY SUITE 550 SOUTH ATLANTA, GA 30339 | 456,040 | 1.161% |
| Riverloft Capital Master Fund, Ltd | C/O RIVERLOFT CAPITAL MGT. 300 W 41 ST., SUITE 201A MIAMI BEACH, FL 33140 | 450,000 | 1.137% |

| Shareholders | Address of Principal Place of Business or Principal Residence | Number and Class of Units of Security Interest | |
|---|---|---|---|
| Windhorse Partners, LP | 125 HIGH ST., 22ND FLOOR BOSTON, MA  21091 | 335,000 | 0.853% |
| Clough Offshore Fund, Ltd | ONE POST OFFICE SQUARE 40TH FLOOR BOSTON, MA  21091 | 263,100 | 0.670% |
| CF Odey Absolute Return Fund | 12 UPPER GROSVENOR STREET LONDON, UK  W1K2ND | 224,000 | 0.570% |
| JC Clark Adaly Fund LP | 130 ADELAIDE ST. W, SUITE 3400 TORONTO, CA  M5H3P5 | 220,000 | 0.560% |
| Clough Global Equity Fund | ONE POST OFFICE SQUARE 40TH FLOOR BOSTON, MA  21091 | 217,600 | 0.554% |
| Bay Resource Partners, L.P. | 2300 WINDY RIDGE PARKWAY SUITE 550 SOUTH ATLANTA, GA  30339 | 212,430 | 0.541% |
| Bay II Resource Partners, L.P. | 2300 WINDY RIDGE PARKWAY SUITE 550 SOUTH ATLANTA, GA  30339 | 194,890 | 0.496% |
| Windhorse Endeavor, LP | 125 HIGH ST., 22ND FLOOR BOSTON, MA  21091 | 150,000 | 0.382% |
| IRA FBO J. Steven Emerson, Pershing LLC as custodian | 1522 ENGLEY AVENUE LOS ANGELES, CA  90024 | 150,000 | 0.382% |
| IRS FBO J. Steven Emerson, Pershing LLC as custodian –Roth Account | 1522 ENGLEY AVENUE LOS ANGELES, CA  90024 | 150,000 | 0.382% |
| Koz LLP | 1501 CORPORATE DRIVE, SUITE 230 BOYNTON BEACH, FL 33426 | 150,000 | 0.382% |
| Clough Global Dividend and Income Fund | ONE POST OFFICE SQUARE 40TH FLOOR BOSTON, MA  21091 | 130,700 | 0.333% |
| Odey European Inc | 12 UPPER GROSVENOR STREET LONDON, UK  W1K2ND | 129,475 | 0.330% |
| Daniel Michalow | 40 E 19TH ST., #5 NEW YORK, NY  10003 | 120,000 | 0.306% |
| OEI Mac Inc. | 12 UPPER GROSVENOR STREET LONDON, UK  W1K2ND | 94,525 | 0.241% |
| John B. Berding Irrevocable Childrens Trust | 4705 BURLEY HILLS DRIVE CINCINNATI, OH  45243 | 60,000 | 0.153% |
| Parvinder Thiara | 475 WASHINGTON BLVD. APT 1901N JERSEY CITY, NJ  73102 | 52,500 | 0.134% |
| Bald Cypress, Ltd | 2727 ALLEN PARKWAY SUITE 1000 HOUSTON, TX  77019 | 50,000 | 0.127% |
| Carl and Shawn Dalio | 65 E. BROAD OAKS DR. HOUSTON, TX  77056 | 50,000 | 0.127% |
| John B. Berding | 4705 BURLEY HILLS DRIVE CINCINNATI, OH  45243 | 40,000 | 0.102% |

| Shareholders | Address of Principal Place of Business or Principal Residence | Number and Class of Units of Security Interest | |
|---|---|---|---|
| Yehuda Blinder | 95 DWIGHT PLACE ENGLEWOOD, NJ 76311 | 40,000 | 0.102% |
| Thomas E. Claugus | 2300 WINDY RIDGE PKWY STE 550 SOUTH ATLANTA, GA 30339 | 36,640 | 0.093% |
| Clough Investment Partners II, LP | ONE POST OFFICE SQUARE 40TH FLOOR BOSTON, MA 21091 | 32,600 | 0.083% |
| J. Steven Emerson Partners | 1522 ENGLEY AVENUE LOS ANGELES, CA 90024 | 25,000 | 0.064% |
| Carroll Robertson Ray | 601 JEFFERSON 4000 HOUSTON, TX 77002 | 25,000 | 0.064% |
| Markus Rezny | 30B CAMBRIDGE PARK TWICKENHAM, UK TW1 2JK | 25,000 | 0.064% |
| AFR Value Partners, LP | 50 CHURCH ST., 5TH FLOOR CAMBRIDGE, MA 21381 | 22,500 | 0.057% |
| William T. Wilson | PO BOX 27419 HOUSTON, TX 77227 | 21,875 | 0.056% |
| Nicholas L. Swyka, Jr. | 3023 DEL MONTE DRIVE HOUSTON, TX 77019 | 21,875 | 0.056% |
| Arthur L. Smith | 7308 SHADYVILLA LANE HOUSTON, TX 77055 | 21,875 | 0.056% |
| Porter Bennett | 284 SOUTH MEADOW DRIVE MCALLISTER, MT 59740 | 21,875 | 0.056% |
| Christopher Hilgert | C/O FAIRWAY ENERGY, LP THREE RIVERWAY, SUITE 1550 HOUSTON, TX 77056 | 20,920 | 0.053% |
| Michael Billberry | 9807 CORRAL CORNER LANE HOUSTON TX 77064 | 20,920 | 0.053% |
| H&A Holdings Group, Inc. | 4 PARK PLAZA, SUITE 530 IRVINE, CA 92614 | 20,000 | 0.051% |
| Bill Rome | C/O FAIRWAY ENERGY, LP THREE RIVERWAY, SUITE 1550 HOUSTON, TX 77056 | 19,021 | 0.048% |
| Roth Living Trust | W 277 N2547 ROCKY PT. RD. PEWAUKEE, WI 53072 | 17,000 | 0.043% |
| Michael A. Lloyd IRA | 350 CENTRAL PARK WEST NEW YORK, NY 10025 | 15,000 | 0.038% |
| Windhorse Horizons, LP | 125 HIGH ST., 22ND FLOOR BOSTON, MA 21381 | 15,000 | 0.038% |
| Deutsche MLP & Energy Infrastructure Fund | 345 PARK AVENUE NEW YORK, NY 10154 | 10,000 | 0.025% |
| Kevin Hickey | C/O FAIRWAY ENERGY, LP THREE RIVERWAY, SUITE 1550 HOUSTON, TX 77056 | 10,000 | 0.025% |
| Adam J. Fishman | 350 EAST 79TH ST., APT 25B NEW YORK, NY 10075 | 10,000 | 0.025% |
| Paul Dellisola | C/O FBR 1300 17TH ST N. ARLINGTON, VA 22209 | 10,000 | 0.025% |

| Shareholders | Address of Principal Place of Business or Principal Residence | Number and Class of Units of Security Interest | |
|---|---|---|---|
| Evan L. Julber | 19507 SUNSHINE WAY BEND, OR 97702 | 9,700 | 0.025% |
| Terry Mance Edmondson, Jr. | 3225 N ST NW WASHINGTON, DC  20007 | 7,500 | 0.019% |
| Redwood Partners II, LLC | 54 WEST 21ST STREET NEW YORK, NY  10010 | 7,500 | 0.019% |
| Michael H. Schwartz Profit Sharing Plan | 15 WEST 24TH STREET 5TH FL. NEW YORK, NY  10010 | 5,000 | 0.013% |
| Alan S. Morton | 1701 HERMANN DRIVE, APT 3203 HOUSTON, TX  77004 | 5,000 | 0.013% |
| David Sequoya Kennedy | 627 CARROLL ST. BROOKLYN, NY  11215 | 5,000 | 0.013% |
| David O'Dell | C/O FAIRWAY ENERGY, LP THREE RIVERWAY, SUITE 1550 HOUSTON, TX  77056 | 3,829 | 0.010% |
| Robert Flavin | C/O FAIRWAY ENERGY, LP THREE RIVERWAY, SUITE 1550 HOUSTON, TX  77056 | 3,829 | 0.010% |
| Heidi Mayer | 105 LEXINGTON AVE., APT 6C NEW YORK, NY  10016 | 3,500 | 0.009% |
| Christopher Michael Micsak | 1301 RICHMOND AVE., #436 HOUSTON, TX  77006 | 2,500 | 0.006% |
| NY UTMA Acct. for Julia L. Berk Austin | AUSTIN BERK CUSTODIAN 95 EAGLE CHASE WOODBURY, NY  11797 | 1,000 | 0.003% |
| Kelly Sakellariou and Nilos Sakellariou | 61 CORNHILL STREET ANNAPOLIS, MD  21401 | 700 | 0.002% |
| Falcon Global Partners LLC | 111 BROADWAY, 11TH FL. NEW YORK, NY  10006 | 500 | 0.001% |
| | Total Shares | 39,266,019 | 100% |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **FAIRWAY ENERGY, LP** | § | **Case No.** _____ |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |

### STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the undersigned corporation certifies that:

<u>XX</u>    Following is a complete list of all corporations, other than governmental units, that directly or indirectly own 10% or more of any class of its equity interests:

| <u>Name</u> | <u>Percentage</u> |
|---|---|
| President and Fellows of Harvard College | 28.014% |
| Fairway Energy Holdings LLC (Haddington Energy Partners IV, LP) | 17.827% |
| Deutsche Global Infrastructure Fund | 15.764% |

OR

_____    There are no corporations that directly or indirectly own 10% or more of any class of its equity interests.

**Fill in this information to identify the case and this filing:**

Debtor Name   **Fairway Energy, LP**

United States Bankruptcy Court for the: _____   District of   **Delaware**
                                                    (State)

Case number (if known): _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐  *Schedule H: Codebtors (Official Form 206H)*

☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐  Amended Schedule ____

☒  Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒  Other document that requires a declaration    (i) Corporate Ownership Statement and (ii) Verified List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/26/2018                   ✗ _____
              MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                          Dana A. Grams
                                          Printed name

                                          Chief Executive Officer of Fairway Energy GP, LLC, general partner
                                          Position or relationship to debtor   to Fairway Energy, LP, as sole member