**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FAIRWAY ENERGY, LP | § | Case No. 18-12684 |
| | § | |
| Debtor. | § | |
| | § | |
| ------------------------------------------------- | § | |
| In re: | § | |
| | § | Chapter 11 |
| FAIRWAY ENERGY PARTNERS, LLC | § | |
| | § | Case No. 18-12685 |
| Debtor. | § | |
| | § | |
| ------------------------------------------------- | § | |
| In re: | § | |
| | § | Chapter 11 |
| FAIRWAY ENERGY GP, LLC | § | |
| | § | Case No. 18-12686 |
| Debtor. | § | |
| | § | |

**DEBTORS' MOTION FOR ENTRY OF ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Fairway Energy, LP ("Fairway LP") and its debtor subsidiary affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby file this motion (this "Motion"), pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order directing the joint administration of the Debtors' chapter 11 cases (the "Chapter 11 Cases") and the consolidation thereof for procedural purposes only. The facts and circumstances supporting this Motion are set forth in the concurrently filed *Declaration in Support of the Chapter 11 Petitions and First Day Motions* (the

"First Day Declaration").[1] In further support of this Motion, the Debtors respectfully state as follows:

**Jurisdiction and Venue**

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b). The Debtors confirm their consent pursuant to Local Rule 9013-1(f) to the entry of a final order or judgment by the Court in connection with this Motion if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is properly before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The legal authority for the relief requested herein is section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1.

**Background**

4. On the date hereof (the "Petition Date"), the Debtors commenced voluntary cases under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases and no official committee has been appointed or designated.

5. The Debtors have requested that these Chapter 11 Cases be consolidated for

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the First Day Declaration.

procedural purposes only and jointly administered pursuant to Bankruptcy Rule 1015(b).

6. Additional information about the Debtors' business, capital structure, and the circumstances leading to the commencement of these Chapter 11 Cases can be found in the First Day Declaration, which is incorporated herein by reference.

**Relief Requested**

7. Pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1, the Debtors request authorization to jointly administer the Chapter 11 Cases for procedural purposes only. A proposed form of order approving the relief requested herein is annexed hereto as **Exhibit A**.

8. Bankruptcy Rule 1015(b) provides, in relevant part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). The Debtors are "affiliates" as defined in section 101(2) of the Bankruptcy Code, as their business operations are inherently intertwined whereby Fairway Energy GP, LLC serves as general partner of Fairway LP and the partnership acts in its capacity as the sole member of Fairway Energy Partners, LLC. Accordingly, this Court is authorized to consolidate these cases for procedural purposes.

9. Joint administration of these cases will remove the need to prepare, replicate, file, and serve duplicative notices, applications and orders, the Debtors and their estates will save substantial time and expense. Further, joint administration will relieve the Court of entering duplicative orders and maintaining duplicative files and dockets. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") and other parties in interest will similarly benefit from joint administration of these Chapter 11 Cases by sparing them the time and effort of reviewing duplicative pleadings and papers.

10. Joint administration will not adversely affect creditors' rights because this Motion

requests only the administrative consolidation of the estates. This Motion does not seek substantive consolidation. As such, each creditor may still file its claim against a particular estate.

11. Accordingly, the Debtors respectfully request that the caption of their cases be modified as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | § | **Chapter 11** |
| **In re** | § | |
| | § | **Case No. 18-12684** |
| **FAIRWAY ENERGY, LP, *et al.*[1]** | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, include: Fairway Energy, LP (4200); Fairway Energy Partners, LLC (7914); and Fairway Energy GP, LLC (7808). The location of the Debtors' service address is Three Riverway, Suite 1550, Houston, Texas 77056.

12. The Debtors also seek the Court's direction that a notation substantially similar to the following notation be entered on the docket in each of the Chapter 11 Cases to reflect the joint administration of these cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of Fairway Energy, LP, Fairway Energy Partners, LLC and Fairway Energy GP, LLC. The docket in the chapter 11 case of Fairway Energy, LP, Case No. ________ should be consulted for all matters affecting this case.

13. Based on the foregoing, the Debtors submit that the relief requested is necessary and appropriate, is in the best interests of their estates and creditors, and should be granted in all respects.

**Notice**

14. The Debtors will provide notice of this Motion to: (a) the U.S. Trustee; (b) the holders of the twenty (20) largest unsecured claims against each Debtor; (c) Riverstone Credit Partners, L.P. and counsel thereto; (d) the Internal Revenue Service; (e) the State of Texas agency, and the person addressing the Debtors' environmental compliance issues; (f) the Securities and Exchange Commission; and (g) any party that has requested notice pursuant to Bankruptcy Rule 2002. Notice of this Motion and any order entered hereon will be served in accordance with Local Rule 9013-1(m). Due to the urgency of the circumstances surrounding this Motion and the nature of the relief requested herein, the Debtors respectfully submit that no further notice of this Motion is required.

WHEREFORE, the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as it deems just and proper.

Dated: Wilmington, Delaware
November 26, 2018

HAYNES AND BOONE, LLP
Patrick L. Hughes (*pro hac vice* requested)
Martha Wyrick (*pro hac vice* requested)
Kelsey Zottnick (*pro hac vice* requested)
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Edmon L. Morton*
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Elizabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
PROPOSED ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION

**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>FAIRWAY ENERGY, LP<br><br>Debtor. | § | Chapter 11<br><br>Case No. 18-12684 |
| In re:<br><br>FAIRWAY ENERGY PARTNERS, LLC<br><br>Debtor. | § | Chapter 11<br><br>Case No. 18-12685 |
| In re:<br><br>FAIRWAY ENERGY GP, LLC<br><br>Debtor. | § | Chapter 11<br><br>Case No. 18-12686<br><br>**Ref. Docket No. ___** |

**ORDER DIRECTING JOINT ADMINISTRATION**
**OF CHAPTER 11 CASES PURSUANT TO RULE 1015(b)**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the Motion[1] of Fairway Energy, LP and its two affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), for an order pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), Local Rule 1015-1, authorizing joint administration of the Chapter 11 Cases, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the relief requested therein being a core

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

proceeding pursuant to 28 U.S.C. § 157(b); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due and proper notice of the Motion having been given; and due to the urgency of the circumstances surrounding this Motion and the nature of the requested relief; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon the First Day Declaration, the record of the Hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 18-12684, the case number for Fairway Energy, LP.

3. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of the Chapter 11 Cases.

4. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | § | **Chapter 11** |
| **In re** | § | |
| | § | **Case No. 18-12684** |
| **FAIRWAY ENERGY, LP, *et al.*[1]** | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, include: Fairway Energy, LP (4200); Fairway Energy Partners, LLC (7914); and Fairway Energy GP, LLC

(7808). The location of the Debtors' service address is Three Riverway, Suite 1550, Houston, Texas 77056.

5. The Clerk of the Court shall make a docket entry in each of the Chapter 11 Cases other than the case of Fairway Energy, LP substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Fairway Energy, LP, Fairway Energy Partners, LLC and Fairway Energy GP, LLC. The docket in the chapter 11 case of Fairway Energy, LP, Case No. 18-12684 should be consulted for all matters affecting this case.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The foregoing caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code.

8. The Debtors and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: ____________________

______________________________________
UNITED STATES BANKRUPTCY JUDGE