**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FAIRWAY ENERGY, LP,** *et al.*,[1] | § | **Case No. 18-12684 (LSS)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | **Ref. Docket Nos. 49, 112, 113 & 128** |

**ORDER DENYING MOTION OF CERTAIN EQUITY INTEREST HOLDERS TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF TEXAS**

Upon the motion (the "Motion") of Bald Cypress, Ltd. and Carroll Robertson Ray for entry of an order transferring venue of the above-captioned chapter 11 cases to the United States Bankruptcy Court for the Southern District of Texas, Houston Division; and this Court finding that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and upon consideration of the objection (the "Objection") filed by the above-captioned debtors and debtors in possession and the joinder to the Objection filed by Riverstone Credit Partners, L.P.; and this Court having considered the *Declaration in Support of the Debtors' Objection to Motion of Certain Equity Interest Holders to Transfer Venue to the Southern District of Texas* [Docket No. 128]; and based upon the record of the hearing held before this Court on January 8, 2019 and January 9, 2019; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is DENIED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, include: Fairway Energy, LP (4200); Fairway Energy Partners, LLC (7914); and Fairway Energy GP, LLC (7808). The location of the Debtors' service address is Three Riverway, Suite 1550, Houston, Texas 77056.

01:24049212.1

2. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

*[signature: Laurie Selber Silverstein]*

01:24049212.1  **Dated: January 10th, 2019**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

2