**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **FAIRWAY ENERGY, LP,** *et al.*,[1] | § | **Case No. 18-12684 (LSS)** |
| | § | |
| Debtors. | § | **(Jointly Administered)** |
| | § | |
| | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 1, 2019 AT 10:00 A.M. (ET)**

## MATTERS WITH CERTIFICATION

1. [SEALED] Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 150; 1/11/19]

   Related Documents:

   A. [REDACTED] Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 149; 1/11/19]

   B. Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Listed in Exhibit B of the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 151; 1/11/19]

   C. Certification of Counsel Regarding Order Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 174; 1/29/19]

   Response Deadline: January 25, 2019 at 4:00 p.m. (ET), extended to January 29, 2019 for the U.S. Trustee

   Responses Received:

   D. Informal response from the U.S. Trustee

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, include: Fairway Energy, LP (4200); Fairway Energy Partners, LLC (7914); and Fairway Energy GP, LLC (7808). The location of the Debtors' service address is Three Riverway, Suite 1550, Houston, Texas 77056.

01:24103151.3

Status: A revised form of order has been submitted under certification of counsel. No hearing is required unless the Court has questions or concerns.

2. Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Listed in Exhibit B of the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 151; 1/11/19]

   Related Documents:

   A. [REDACTED] Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 149; 1/11/19]

   B. [SEALED] Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 150; 1/11/19]

   C. Certificate of No Objection [D.I. 175; 1/29/19]

   D. Proposed Order

   Response Deadline: January 25, 2019 at 4:00 p.m. (ET), extended to January 29, 2019 for the U.S. Trustee

   Responses Received: None

   Status: A certificate of no objection has been filed with the Court. No hearing is required.

3. Debtors' Motion for an Order (I) Establishing Bar Dates for Filing Proofs of Prepetition Claims, Including Section 503(b)(9) Claims, and (II) Approving the Form and Manner of Notice Thereof [D.I. 152; 1/11/19]

   Related Documents:

   A. Certification of Counsel Regarding Order (I) Establishing Bar Dates for Filing Proofs of Prepetition Claims, Including Section 503(b)(9) Claims, and (II) Approving the Form and Manner of Notice Thereof [D.I. 172; 1/28/19]

   Response Deadline: January 25, 2019 at 4:00 p.m. (ET), extended to January 29, 2019 for the U.S. Trustee

   Responses Received:

      B.      Informal response from the U.S. Trustee

      Status:      A revised form of order has been submitted under certification of counsel. No hearing is required unless the Court has questions or concerns.

**MATTER GOING FORWARD**

4.      Underground Storage, LLC's Motion to Enforce Section 365(d)(3) [D.I. 154; 1/11/19]

      Related Documents:

      A.      Declaration of Bruce E. Martin [D.I. 155; 1/11/19]

      Response Deadline:      January 25, 2019 at 4:00 p.m. (ET), extended to January 29, 2019 at 12:00 p.m. (ET) for the Debtors

      Responses Received:

      B.      Debtors' Response to Underground Storage, LLC's Motion to Enforce Section 365(d)(3) [D.I. 173; 1/29/19]

      Status:      This matter is going forward.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>January 30, 2019 | HAYNES AND BOONE, LLP<br>Patrick L. Hughes (admitted *pro hac vice*)<br>Kelli Stephenson Norfleet (admitted *pro hac vice*)<br>Martha Wyrick (admitted *pro hac vice*)<br>Kelsey Zottnick (admitted *pro hac vice*)<br>1221 McKinney Street, Suite 2100<br>Houston, Texas 77010<br>Telephone: (713) 547-2000<br>Facsimile: (713) 547-2600 |

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Elizabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

01:24103151.3