**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **FAIRWAY ENERGY, LP,** *et al.*,[1] | § | **Case No. 18-12684 (LSS)** |
| | § | |
| Debtors. | § | **(Jointly Administered)** |
| | § | |
| | § | |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 1, 2019 AT 10:00 A.M. (ET)**

**MATTERS WITH CERTIFICATION**

1. [SEALED] Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 150; 1/11/19]

    Related Documents:

    A. [REDACTED] Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 149; 1/11/19]

    B. Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Listed in Exhibit B of the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 151; 1/11/19]

    C. Certification of Counsel Regarding Order Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 174; 1/29/19]

    Response Deadline:    January 25, 2019 at 4:00 p.m. (ET), extended to January 29, 2019 for the U.S. Trustee

    Responses Received:

    D. Informal response from the U.S. Trustee

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, include: Fairway Energy, LP (4200); Fairway Energy Partners, LLC (7914); and Fairway Energy GP, LLC (7808). The location of the Debtors' service address is Three Riverway, Suite 1550, Houston, Texas 77056.

[2] **All amendments appear in bold.**

**Additional Documents:**

E. **Declaration of Brian L. Cumberland, in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 178; 1/30/19]**

F. **Declaration of Dana A. Grams, in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 179; 1/30/19]**

Status: A revised form of order has been submitted under certification of counsel **and declarations have been filed in support of the motion**. No hearing is required unless the Court has questions or concerns.

2. Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Listed in Exhibit B of the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 151; 1/11/19]

    Related Documents:

    A. [REDACTED] Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 149; 1/11/19]

    B. [SEALED] Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 363(b), and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 150; 1/11/19]

    C. Certificate of No Objection [D.I. 175; 1/29/19]

    Response Deadline: January 25, 2019 at 4:00 p.m. (ET), extended to January 29, 2019 for the U.S. Trustee

    Responses Received: None

    Status: A certificate of no objection has been filed with the Court. No hearing is required unless the Court has questions or concerns.

3. Debtors' Motion for an Order (I) Establishing Bar Dates for Filing Proofs of Prepetition Claims, Including Section 503(b)(9) Claims, and (II) Approving the Form and Manner of Notice Thereof [D.I. 152; 1/11/19]

   Related Documents:

   A. Certification of Counsel Regarding Order (I) Establishing Bar Dates for Filing Proofs of Prepetition Claims, Including Section 503(b)(9) Claims, and (II) Approving the Form and Manner of Notice Thereof [D.I. 172; 1/28/19]

   Response Deadline: January 25, 2019 at 4:00 p.m. (ET), extended to January 29, 2019 for the U.S. Trustee

   Responses Received:

   B. Informal response from the U.S. Trustee

   Status: A revised form of order has been submitted under certification of counsel. No hearing is required unless the Court has questions or concerns.

**MATTER GOING FORWARD**

4. Underground Storage, LLC's Motion to Enforce Section 365(d)(3) [D.I. 154; 1/11/19]

   Related Documents:

   A. Declaration of Bruce E. Martin [D.I. 155; 1/11/19]

   Response Deadline: January 25, 2019 at 4:00 p.m. (ET), extended to January 29, 2019 at 12:00 p.m. (ET) for the Debtors

   Responses Received:

   B. Debtors' Response to Underground Storage, LLC's Motion to Enforce Section 365(d)(3) [D.I. 173; 1/29/19]

   **Additional Documents:**

   **C. Declaration of James V. Scandola in Support of Debtors' Response to Underground Storage, LLC's Motion to Enforce Section 365(d)(3) [D.I. 181; 1/30/19]**

   **D. Underground Storage, LLC's Reply in Support of Its Motion to Enforce Section 365(d)(3) [D.I. 182; 1/30/19]**

  Status:  This matter is going forward.

Dated: Wilmington, Delaware    HAYNES AND BOONE, LLP
   January 31, 2019      Patrick L. Hughes (admitted *pro hac vice*)
              Kelli Stephenson Norfleet (admitted *pro hac vice*)
              Martha Wyrick (admitted *pro hac vice*)
              Kelsey Zottnick (admitted *pro hac vice*)
              1221 McKinney Street, Suite 2100
              Houston, Texas 77010
              Telephone: (713) 547-2000
              Facsimile: (713) 547-2600

                -and-

              YOUNG CONAWAY STARGATT & TAYLOR, LLP

              */s/ Kenneth J. Enos*
              Edmon L. Morton (No. 3856)
              Kenneth J. Enos (No. 4544)
              Elizabeth S. Justison (No. 5911)
              Rodney Square
              1000 North King Street
              Wilmington, Delaware 19801
              Telephone: (302) 571-6600
              Facsimile: (302) 571-1253

              ATTORNEYS FOR THE DEBTORS
              AND DEBTORS IN POSSESSION