## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| FAIRWAY ENERGY, LP, *et al.*,[1] | § | Case No. 18-12684 (LSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | Ref. Docket No. 141 |

### NOTICE OF (I) REVISED BID DEADLINE AND (II) RESCHEDULED DATE FOR AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE** that on January 9, 2019, the United States Bankruptcy Court for the District of Delaware entered its *Order (A) Authorizing and Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases, (C) Approving the Form and Manner of Notices in Connection with the Sale of Substantially All of the Debtors' Assets and the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith, (D) Scheduling a Hearing on Approval of the Proposed Sale of the Debtors' Assets, and (E) Granting Related Relief* [Docket No. 141] (the "Bid Procedures Order"). The Bid Procedures Order approved, among other things, the implementation of certain Bidding Procedures[2] in connection with the disposition of all or substantially all of the Assets.[3]

**PLEASE TAKE FURTHER NOTICE** that the deadline to submit a bid on the Assets was established as February 27, 2019 at 4:00 p.m. (ET) (the "Bid Deadline").

**PLEASE TAKE FURTHER NOTICE** that the Debtors, with the consent of the Riverstone, have extended the Bid Deadline to March 13, 2019 at 4:00 p.m. (ET) (the "New Bid Deadline").

**PLEASE TAKE FURTHER NOTICE** that, as a result of the establishment of the New Bid Deadline, the Auction previously scheduled for March 7, 2019 at 10:00 a.m. (CT) at the offices of counsel to the Debtors, Haynes and Boone, LLP, 1221 McKinney, Suite 2100, Houston, Texas 77010, is adjourned and will commence on March 25, 2019 at 10:30 a.m. (CT), at the same location.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, include: Fairway Energy, LP (4200); Fairway Energy Partners, LLC (7914); and Fairway Energy GP, LLC (7808). The location of the Debtors' service address is Three Riverway, Suite 1550, Houston, Texas 77056.
[2] All terms not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Order.
[3] The Bidding Procedures included a reservation of rights whereby the Debtors reserved their rights to, without limitation, in consultation with Riverstone, extend the deadlines set forth therein with respect to any or all Bidders, adjourn the Auction, and adjourn the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing scheduled for March 13, 2019 at 10:30 a.m. (ET) has been adjourned and will commence on March 28, 2019 at 11:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the incremental deadlines established by the Bid Procedures Order that fell between the Bid Deadline and the Sale Hearing have each been extended by approximately two weeks. For ease of reference, a chart summarizing these deadlines, and the manner in which they have been extended, is set forth on Exhibit A hereto.

Dated:  Wilmington, Delaware
February 27, 2019

HAYNES AND BOONE, LLP
Patrick L. Hughes (admitted *pro hac vice*)
Kelli S. Norfleet (admitted *pro hac vice*)
Martha Wyrick (admitted *pro hac vice*)
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Elizabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION