**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **FAIRWAY ENERGY, LP,** *et al.*,[1] | § | **Case No. 18-12684 (LSS)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 13, 2019 AT 10:30 A.M. (ET)**

## RESOLVED MATTERS

1. Debtors' Motion to Extend the Period Within Which the Debtors May Remove Certain Claims and Causes of Action [D.I. 195; 2/1/19]

    Related Documents:

    A.  Certificate of No Objection [D.I. 218; 2/19/19]

    B.  Order Extending the Period Within Which the Debtors May Remove Certain Claims and Causes of Action [D.I. 247; 3/4/19]

    Response Deadline:    February 15, 2019 at 4:00 p.m. (ET)

    Responses Received:    None

    Status:    An order has been entered by the Court.  No hearing is required.

2. Debtors' Motion for Entry of an Order Extending Their Time to Assume or Rejection Unexpired Leases of Nonresidential Real Property [D.I. 234; 2/25/19]

    Related Documents:

    A.  Certificate of No Objection [D.I. 256; 3/8/19]

    B.  Order Extending Their Time to Assume or Rejection Unexpired Leases of Nonresidential Real Property [D.I. 259; 3/11/19]

    Response Deadline:    March 6, 2019 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, include: Fairway Energy, LP (4200); Fairway Energy Partners, LLC (7914); and Fairway Energy GP, LLC (7808). The location of the Debtors' service address is Three Riverway, Suite 1550, Houston, Texas 77056.

01:24225353.2

2

Responses Received:    None

Status:    An order has been entered by the Court.  No hearing is required.

3. Debtors' Motion for Entry of an Order Authorizing Haynes and Boone, LLP to File Under Seal Certain Portions of Its Fee Applications [D.I. 235; 2/26/19]

   Related Documents:

   A.    Certificate of No Objection [D.I. 255; 3/7/19]

   B.    Order Granting the Debtors' Motion for Entry of an Order Authorizing Haynes and Boone, LLP to File Under Seal Certain Portions of Its Fee Applications [D.I. 258; 3/11/19]

   Response Deadline:    March 6, 2019 at 4:00 p.m. (ET)

   Responses Received:    None

   Status:    An order has been entered by the Court.  No hearing is required

**MATTER GOING FORWARD**

4. Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Portions of Their Schedules and Statements [D.I. 219; 2/20/19]

   Related Documents:    None

   Response Deadline:    March 6, 2019 at 4:00 p.m. (ET); Extended to March 8, 2019 for the U.S. Trustee

   Responses Received:

   A.    Informal response from the U.S. Trustee

   Status:    The Debtors agreed to make certain revisions to the redactions in the Statements in resolution of the U.S. Trustee's informal response.  A certification of counsel and the revised Statements will be filed in advance of the hearing.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>March 11, 2019 | HAYNES AND BOONE, LLP<br>Patrick L. Hughes (admitted *pro hac vice*)<br>Kelli Stephenson Norfleet (admitted *pro hac vice*)<br>Martha Wyrick (admitted *pro hac vice*)<br>Kelsey Zottnick (admitted *pro hac vice*)<br>1221 McKinney Street, Suite 2100<br>Houston, Texas 77010<br>Telephone: (713) 547-2000<br>Facsimile: (713) 547-2600<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Elizabeth S. Justison*<br>Edmon L. Morton (No. 3856)<br>Kenneth J. Enos (No. 4544)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>ATTORNEYS FOR THE DEBTORS<br>AND DEBTORS IN POSSESSION |