**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | § | Chapter 11 |
| | § | |
| **FAIRWAY ENERGY, LP,** *et al.*,[1] | § | Case No. 18-12684 (LSS) |
| | § | |
| **Debtors.** | § | (Jointly Administered) |
| | § | |
| | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 28, 2019 AT 11:00 A.M. (ET)**

---

**NO MATTERS ARE GOING FORWARD AND THIS HEARING**
**HAS BEEN CANCELED WITH THE COURT'S PERMISSION**

---

**MATTER GOING FORWARD**

1. Debtors' Motion for Entry of Orders: (I) (A) Authorizing and Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases, (C) Approving the Form and Manner of Notices in Connection with the Sale of Substantially All of the Debtors' Assets and the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith, (D) Scheduling a Hearing on Approval of the Proposed Sale of the Debtors' Assets, and (E) Granting Related Relief; and (II) (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith, and (C) Granting Related Relief [D.I. 64; 12/6/18]

    Related Documents:

    A. Order (A) Authorizing and Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases, (C) Approving the Form and Manner of Notices in Connection with the Sale of Substantially All of the Debtors' Assets and the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, include: Fairway Energy, LP (4200); Fairway Energy Partners, LLC (7914); and Fairway Energy GP, LLC (7808). The location of the Debtors' service address is Three Riverway, Suite 1550, Houston, Texas 77056.

   (D) Scheduling a Hearing on Approval of the Proposed Sale of the Debtors' Assets, and (E) Granting Related Relief [D.I. 141; 1/9/19]

B.  Notice of (I) Solicitation of Initial Bids; (II) Bidding Procedures; (III) Auction; (IV) Sale Hearing and (V) Related Relief and Dates [D.I. 159; 1/14/19]

C.  Notice of (I) Debtors' Request for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (II) Debtors' Proposed Cure Amounts [D.I. 161; 1/16/19]

D.  Notice of Filing of Forms of Purchase Agreements [D.I. 163; 1/16/19]

E.  Notice of Filing of Stipulation Regarding Cure Amount for the Lease Agreement with Stevenson Lessors [D.I. 208; 2/12/19]

F.  Notice of Filing of Form Escrow Agreement [D.I. 211; 2/14/19]

G.  Notice of Filing of Proposed Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith, and (C) Granting Related Relief [D.I. 215; 2/15/19]

H.  Affidavit of Publication [D.I. 226; 2/20/19]

I.  Notice of (I) Revised Bid Deadline and (II) Rescheduled Date for Auction and Sale Hearing [D.I. 239; 2/27/19]

J.  Notice of Revised Deadline for Debtors to Designate Baseline Bid(s) [D.I. 281; 3/18/19]

<u>Response Deadline</u>:  February 12, 2019 at 4:00 p.m. (ET); Extended to February 22, 2019 at 2:30 p.m. (ET) for Texas and U.S. Government Entities; Extended to March 27, 2019 for Riverstone Credit Partners, L.P.

<u>Supplemental Response Deadline</u>:  March 26, 2019 at 4:00 p.m. (ET)

<u>Responses Received</u>:

K.  Objection of Harris County to Debtors' Motion for Entry of Orders: (I) (A) Authorizing and Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases, (C) Approving the Form and Manner of Notices in Connection with the Sale of Substantially All of the Debtors' Assets and the Assumption and Assignment of

01:24299343.1

Executory Contracts and Unexpired Leases in Connection Therewith, (D) Scheduling a Hearing on Approval of the Proposed Sale of the Debtors' Assets, and (E) Granting Related Relief; and (II) (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith, and (C) Granting Related Relief [D.I. 263; 3/11/19]

Status: This matter is adjourned to April 10, 2019 at 2:00 p.m. (ET).

Dated: Wilmington, Delaware
March 26, 2019

HAYNES AND BOONE, LLP
Patrick L. Hughes (admitted *pro hac vice*)
Kelli Stephenson Norfleet (admitted *pro hac vice*)
Martha Wyrick (admitted *pro hac vice*)
Kelsey Zottnick (admitted *pro hac vice*)
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Elizabeth S. Justison*
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Elizabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION