**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **FAIRWAY ENERGY, LP,** *et al.,*[1] | § | **Case No. 18-12684 (LSS)** |
| | § | |
| Debtors. | § | **(Jointly Administered)** |
| | § | |
| | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON APRIL 24, 2019 AT 11:00 A.M. (ET)**

**MATTER WITH CERTIFICATION TO BE FILED**

1. Motion for an Order: (I) Authorizing and Approving Waiver and Second Amendment to Senior Secured Superpriority Debtor-In-Possession Credit Agreement and (II) Amending the Final DIP Order on Account of Such Amendment [D.I. 319; 4/10/19]

    Related Documents:

    A. Final Order Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to (I) Use Cash Collateral, (II) Obtain Secured Superpriority Postpetition Financing and Granting Liens and Superpriority Administrative Claims, (III) Provide Adequate Protection, and (B) Granting Related Relief [D.I. 142; 1/9/19]

    B. Notice of Hearing [D.I. 326; 4/10/19]

    C. Notice of Filing of <u>Revised</u> Exhibit to Debtors' Motion for an Order: (I) Authorizing and Approving Waiver and Second Amendment to Senior Secured Superpriority Debtor-In-Possession Credit Agreement and (II) Amending the Final DIP Order on Account of Such Amendment [D.I. 336; 4/15/19]

    Response Deadline:      April 22, 2019 at 12:00 p.m. (ET)

    Responses Received:     None

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, include: Fairway Energy, LP (4200); Fairway Energy Partners, LLC (7914); and Fairway Energy GP, LLC (7808). The location of the Debtors' service address is Three Riverway, Suite 1550, Houston, Texas 77056.

01:24405857.1

<u>Status:</u>   No objections have been received and at the direction of the Court, the Debtors intend to file a certificate of no objection on April 23, 2019 at 12:00 p.m. (ET). No hearing is required unless the Court has questions or concerns.

Dated: Wilmington, Delaware
April 22, 2019

HAYNES AND BOONE, LLP
Patrick L. Hughes (admitted *pro hac vice*)
Martha Wyrick (admitted *pro hac vice*)
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Elizabeth S. Justison*
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Elizabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION