# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

**In re:**    Fairway Energy, LP *et al.*                    **Case No:** 18-12684 (LSS)
                        Debtors                                                       Jointly Administered

                                                                                **Reporting Period:** 3/1/19 - 3/31/19

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| Required Documents | Form No. | Document Attached | Explanation Attached | Affidavit / Supp. Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
|    Bank Reconciliation (or copies of bank reconciliations) | MOR-1a | Yes | Note 1 | |
|    Schedule of Professional Fees Paid | MOR-1b | Yes | | |
|    Copies of Bank Statements | | No | Note 2 | |
|    Cash Disbursement Journals | | No | Note 2 | |
| Statement of Operations | MOR-2 | Yes | Note 3 | |
| Balance Sheet | MOR-3 | Yes | Note 3 | |
| Status of Postpetition Taxes | | No | Note 2 | |
|    Copies of IRS Form 6123 or payment receipt | | No | | |
|    Copies of tax returns filed during reporting period | | No | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
|    Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

*Note(s):*
 (1) Per discussion with UST, a bank account listing with current balances is sufficient for Bank Reconciliation Report
 (2) Per discussion with UST, this requirement has been waived
 (3) Per discussion with UST, system-generated, consolidating financials satisfy requirement

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

*/s/ Robert M. Flavin*                                                **April 30, 2019**
Signature of Authorized Individual *                                        Date


**Robert M. Flavin**                                            **Chief Financial Officer**
Name of Authorized Individual                                Title of Authorized Individual


* Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager if Debtor is a limited liability company.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Fairway Energy, LP et al. | 18-12684 (LSS) |
|---|---|---|
| | Debtors | Jointly Administered |
| | | 3/1/19 - 3/31/19 |

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**Debtor Entity Detail**

Amounts Expressed in USD unless otherwise specified

| Debtor Entity :<br>Case No. : | Fairway Energy, LP<br>18-12684 | Fairway Energy Partners, LLC<br>18-12685 | Fairway Energy GP, LLC<br>18-12686 | Consolidated Debtors |
|---|---:|---:|---:|---:|
| **Cash Receipts** | | | | |
| Contracted Revenue | $ - | $ - | $ - | $ - |
| Magellan Refund | - | - | - | - |
| **Leases** | | | | |
| Lease Payments | - | - | - | - |
| **Operating Costs** | | | | |
| Salaries & Wages | - | 63,085 | 263,629 | 326,713 |
| Board Expenses | - | - | - | - |
| SG&A | - | 123,054 | 2 | 123,056 |
| Operating Expenses | - | 72,398 | - | 72,398 |
| KEIP / KERP | - | - | - | - |
| Property Taxes | - | - | - | - |
| **Restructuring Costs** | | | | |
| Haynes and Boone LLP | - | 386,024 | - | 386,024 |
| Alvarez & Marsal | - | 122,189 | - | 122,189 |
| Investment Banker | - | - | - | - |
| Young Conaway | - | 138,404 | - | 138,404 |
| Prime Clerk | - | 110,972 | - | 110,972 |
| BDO USA, LLP[(1)] | - | - | - | - |
| US Trustee Fees | - | - | - | - |
| White & Case LLP | - | - | - | - |
| Fox Rothschild LLP | - | 2,847 | - | 2,847 |
| DIP Agent Upfront Fee | - | - | - | - |
| DIP Agent Admin Fee | - | - | - | - |
| **Net Expense** | $ - | $ 1,018,973 | $ 263,631 | $ 1,282,604 |
| **Beginning Book Cash** | $ 1,065 | $ 1,619,118 | $ 214,418 | $ 1,834,601 |
| DIP Funding | - | 5,000,000 | - | 5,000,000 |
| Interaccount Transfers | - | (215,310) | 215,310 | - |
| Prefunded Accounts Payable | - | - | - | - |
| 2018-1 Incremental Loan Repay | - | - | - | - |
| DIP Cash Int. Payments | - | (1,317,289) | - | (1,317,289) |
| Net Expense | - | (1,018,973) | (262,431) | (1,281,404) |
| **Ending Book Cash** | $ 1,065 | $ 4,067,546 | $ 167,297 | $ 4,235,908 |
| | | | *Add Back: Outstanding Checks* | 103,444 |
| | | | **Ending Bank Balance** | $ 4,339,353 |

*Note(s):*
(1) BDO payment of $30,400 for 2018 K-1's has been included in SG&A, not in restructuring costs.

MOR-1 (Debtor)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Fairway Energy, LP et al. | Case No: | 18-12684 (LSS) |
|---|---|---|---|
| | Debtors | | Jointly Administered |

**Reporting Period:** 3/1/19 - 3/31/19

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**Consolidated Debtors**

Amounts Expressed in USD unless otherwise specified

| | Current Month [1] | | Cumulative Filing to Date [2] | |
|---|---|---|---|---|
| | Actual | Projected | Actual | Projected |
| **Cash Receipts** | | | | |
| Contracted Revenue | $ - | $ - | $ - | $ - |
| Magellan Refund | - | - | - | - |
| **Leases** | | | | |
| Lease Payments | - | - | 708,578 | 550,000 |
| **Operating Costs** | | | | |
| Salaries & Wages | 326,713 | 262,548 | 1,190,556 | 1,301,256 |
| Board Expenses | - | - | 21,473 | 92,000 |
| SG&A | 123,056 | 71,212 | 343,562 | 317,067 |
| Operating Expenses | 72,398 | 113,094 | 292,382 | 497,351 |
| KEIP / KERP | - | | - | |
| Property Taxes | - | | - | |
| **Restructuring Costs** | | | | |
| Haynes and Boone LLP | 386,024 | 300,000 | 702,869 | 1,275,000 |
| Alvarez & Marsal | 122,189 | 250,000 | 420,076 | 1,062,500 |
| Investment Banker | - | - | 60,621 | 243,750 |
| Young Conaway | 138,404 | 100,000 | 242,025 | 400,000 |
| Prime Clerk | 110,972 | 40,000 | 192,321 | 145,000 |
| BDO USA, LLP [3] | - | - | - | 10,000 |
| US Trustee Fees | - | - | 37,134 | 25,000 |
| White & Case LLP | - | 400,000 | 847,477 | 1,700,000 |
| Fox Rothschild LLP | 2,847 | 15,000 | 30,486 | 60,000 |
| DIP Agent Upfront Fee | - | - | 463,845 | 463,871 |
| DIP Agent Admin Fee | - | - | 75,000 | 75,000 |
| **Net Expense** | **$ 1,282,604** | **$ 1,551,854** | **$ 5,628,406** | **$ 8,217,795** |
| | | | | |
| **Beginning Book Cash** | **$ 1,834,601** | **$ 2,070,713** | **$ 419,284** | **$ 250,000** |
| DIP Funding [4] | 5,000,000 | 2,000,000 | 16,000,000 | 16,000,000 |
| Unfunded Accounts Payable | - | - | 63,724 | - |
| 2018-1 Incremental Loan Repay | - | - | (1,446,192) | (1,445,166) |
| DIP Cash Int. Payments | (1,317,289) | (1,371,664) | (5,175,463) | (5,376,796) |
| Net Expense | (1,281,404) | (1,551,854) | (5,625,439) | (8,217,795) |
| **Ending Book Cash** | **$ 4,235,908** | **$ 1,147,195** | **$ 4,235,913** | **$ 1,210,243** |

*Note(s):*
(1) Current Month amounts reflect forecasted weekly activity for the weeks ending 3/8, 3/15, 3/22, and 3/29.
(2) Cumulative amounts reflect weekly activity from Petition date through the week ending Friday 3/29.
(3) BDO payment of $30,400 for 2018 K-1's has been included in SG&A, not in restructuring costs.
(4) Funding for the month of February arrived in early March.

MOR-1 (Consol)

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Fairway Energy, LP et al. | Case No: | 18-12684 (LSS) |
|---|---|---|---|
| | Debtors | | Jointly Administered |

**Reporting Period:** 3/1/19 - 3/31/19

## CONSOLIDATING SUMMARY OF U.S. TRUSTEE FEES
Amounts Expressed in USD unless otherwise specified

| Debtor (Case #) | Jan-19 | Feb-19 | Mar-19 | Quarterly Distributions | Fees (In Dollars) |
|---|---|---|---|---|---|
| **Fairway Energy, LP  (18-12684)** | | | | | |
| Total Disbursements | $ - | $ - | $ - | $ - | |
| Less: Transfers to DIP Accounts | - | - | - | - | |
| Plus: Estate Disbur. by 3rd Parties | - | - | - | - | |
| **Total Disbur. For UST Quarterly Fees** | $ - | $ - | $ - | $ - | $ 325 |
| | | | | | |
| **Fairway Energy Partners, LLC  (18-12685)** | | | | | |
| Total Disbursements [1] | $ 2,401,827 | $ 3,040,372 | $ 2,336,262 | $ 7,778,461 | |
| Less: Transfers to DIP Accounts | - | - | - | - | |
| Plus: Estate Disbur. by 3rd Parties | - | - | - | - | |
| **Total Disbur. For UST Quarterly Fees** | $ 2,401,827 | $ 3,040,372 | $ 2,336,262 | $ 7,778,461 | $ 77,785 |
| | | | | | |
| **Fairway Energy GP, LLC  (18-12686)** | | | | | |
| Total Disbursements [1] | $ 248,182 | $ 236,505 | $ 262,431 | $ 747,118 | |
| Less: Transfers to DIP Accounts | - | - | - | - | |
| Plus: Estate Disbur. by 3rd Parties | - | - | - | - | |
| **Total Disbur. For UST Quarterly Fees** | $ 248,182 | $ 236,505 | $ 262,431 | $ 747,118 | $ 4,875 |

**Grand Total Quarterly U.S. Trustee Fees   $ 82,985**

*Note(s):*

(1) Adjusted January MOR disbursements, which should have flowed $65,687 of Salaries & Wages through Fairway Energy Partners, LLC

**In re:** Fairway Energy, LP et al.            **Case No.** 18-12684 (LSS)
                                 Debtor                                                     Jointly Administered

**Reporting Period:** 3/1/19 - 3/31/19

## SCHEDULE OF CURRENT BANK BALANCES

Provided in lieu of bank reconciliations. Statements available to UST upon request

| Account Name | Bank Name | Account Number | |
|---|---|---|---:|
| FEP Operating Account | Amegy Bank N.A. | xxxxxx1064 | 4,149,337 |
| Investment Account | Amegy Bank N.A. | xxxxxx1200 | - |
| P Card Account | Amegy Bank N.A. | xxxxxx0135 | - |
| P Card Collateral Account | Amegy Bank N.A. | xxxxxx0923 | - |
| Payroll Account | Amegy Bank N.A. | xxxxxx7497 | 167,297 |
| FELP Operating Account | Amegy Bank N.A. | xxxxxx7489 | 1,065 |
| FEP Utility Account | Amegy Bank N.A. | xxxxxx5636 | 21,654 |
| | | **Total Bank Balance** | **$ 4,339,353** |
| | | *Less: Outstanding Checks* | *(103,444)* |
| | | **Total Book Cash** | **$ 4,235,908** |

MOR-1a

**In re:** Fairway Energy, LP et al.  
Debtor

Case No. 18-12684 (LSS)  
Jointly Administered

**Reporting Period:** 3/1/19 - 3/31/19

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID[1]

This schedule includes all retained professional payments from case inception to current month

| Name of Payee | Period Covered | Amount Approved | Name of Payor | Check Date | Check Number | Amount Paid Fees | Amount Paid Expenses |
|---|---|---|---|---|---|---|---|
| Haynes and Boone LLP | 11/26/18 - 3/31/19 | 1,275,000 | Fairway Energy Partners, LLC | 2/8/2019 | 50811 | 313,118 | 3,728 |
| | | | | 3/8/2019 | Wire | 386,024 | |
| Haynes and Boone (petition-to-date) | | $ 1,275,000 | | | | $ 699,142 | $ 3,728 |
| | | | | | | | |
| Prime Clerk, LLC | 11/26/18 - 3/31/19 | 145,000 | Fairway Energy Partners, LLC | 1/18/2019 | 50749 | 1,453 | - |
| | | | | 1/31/2019 | 50777 | 25,000 | |
| | | | | 2/8/2019 | 50816 | 56,349 | |
| | | | | 3/15/2019 | Wire | 110,972 | |
| Prime Clerk (petition-to-date) | | $ 145,000 | | | | $ 193,774 | $ - |
| | | | | | | | |
| Young Conaway Stargatt & Taylor LLP | 11/26/18 - 3/31/19 | 400,000 | Fairway Energy Partners, LLC | 2/8/2019 | Wire | 99,047 | 574 |
| | | | | 2/12/2019 | Wire | 4,000 | |
| | | | | 3/15/2019 | 6238 | 138,404 | |
| YCST (petition-to-date) | | $ 400,000 | | | | $ 241,451 | $ 574 |
| | | | | | | | |
| Alvarez & Marsal North America LLC | 11/26/18 - 3/31/19 | 1,062,500 | Fairway Energy Partners, LLC | 2/12/2019 | Wire | 295,506 | 2,381 |
| | | | | 3/15/2019 | Wire | 122,189 | |
| Alvarez & Marsal (petition-to-date) | | $ 1,062,500 | | | | $ 417,695 | $ 2,381 |
| | | | | | | | |
| Piper Jaffray & Co. | 11/26/18 - 3/31/19 | 225,000 | Fairway Energy Partners, LLC | 2/25/2019 | Wire | 60,000 | 621 |
| Piper Jaffray (petition-to-date) | | $ 225,000 | | | | $ 60,000 | $ 621 |

(1) Schedule of Professional Fees includes only the professionals that Company has engaged

## Form MOR-2 - Consolidating Statement of Operations

For reporting period 3/1/19 through 3/31/19

## Statement of Operations

**Fairway Energy, LP by Entity (a) (b)**
**March 31, 2019**

| (dollars) | Fairway Energy, LP 3/31/2019 | Fairway Energy Partners, LLC 3/31/2019 | Fairway Energy GP, LLC 3/31/2019 | Eliminations 3/31/2019 | Fairway Energy, LP Consolidated 3/31/2019 |
|---|---:|---:|---:|---:|---:|
| **REVENUES** | | | | | |
| Storage Service Fees | - | - | - | - | - |
| Throughput Service Fees | - | - | - | - | - |
| Ancillary Service Fees and Other | - | - | - | - | - |
| **TOTAL REVENUES** | **-** | **-** | **-** | **-** | **-** |
| **Operating Expenses** | | | | | |
| Labor and Benefit Expenses | - | 70,496 | - | - | 70,496 |
| Third Party Contractors and Other Serivices Costs | - | 45,470 | - | - | 45,470 |
| Maintenance and Repairs | - | 5,903 | - | - | 5,903 |
| Cavern Lease Costs | - | 148,105 | - | - | 148,105 |
| Brine Pond Lease Costs | - | 33,919 | - | - | 33,919 |
| Utilities Costs | - | 14,891 | - | - | 14,891 |
| Other Operating Expenses | - | 15,878 | - | - | 15,878 |
| Amortization Expense - Deferred Interconnects Costs | - | 197,362 | - | - | 197,362 |
| Accretion Expense - Asset Retirement Obligation | - | 2,270 | - | - | 2,270 |
| Property Tax Expense | - | 353,235 | - | - | 353,235 |
| **Operating Expenses** | **-** | **887,528** | **-** | **-** | **887,528** |
| **Depreciation and Amortization Expense** | **-** | **1,492,379** | **-** | **-** | **1,492,379** |
| **Gain on Sale of Crude Oil Inventory** | **-** | **-** | **-** | **-** | **-** |
| **Write-off of Assets** | **-** | **-** | **-** | **-** | **-** |
| **General and Adminstrative Expenses** | | | | | |
| *Employee Costs* | | | | | |
| Salary | - | 139,663 | - | - | 139,663 |
| Other Compensation including KERP | - | 121,392 | - | - | 121,392 |
| Unit-Based Compensation | - | (35,657) | - | - | (35,657) |
| Payroll Fees and Benefits | - | 30,178 | - | - | 30,178 |
| **Total Employee Costs** | **-** | **255,575** | **-** | **-** | **255,575** |
| *Office Costs* | | | | | |
| Rent | - | 29,002 | - | - | 29,002 |
| Other Office Costs | - | 12,988 | - | - | 12,988 |
| **Total Office Costs** | **-** | **41,990** | **-** | **-** | **41,990** |
| *Other Costs* | | | | | |
| Insurance | - | 88,715 | - | - | 88,715 |
| Legal and Consulting Costs | - | (282,864) | - | - | (282,864) |
| Travel Costs | - | 1,367 | - | - | 1,367 |
| Board of Director Fees | - | 29,425 | - | - | 29,425 |
| Other General and Administrative Expenses | - | 10,704 | 2 | - | 10,706 |
| **Total Other General and Adminstrative Expenses** | **-** | **(152,652)** | **2** | **-** | **(152,650)** |
| **General and Adminstrative Expenses** | **-** | **144,913** | **2** | **-** | **144,915** |
| **TOTAL EXPENSES** | **-** | **2,524,820** | **2** | **-** | **2,524,822** |
| **OPERATING INCOME (LOSS)** | **-** | **(2,524,820)** | **(2)** | **-** | **(2,524,822)** |
| **OTHER EXPENSE (INCOME)** | | | | | |
| Interest Income | - | (68) | - | - | (68) |
| Interest Expense, Net | - | 1,705,941 | - | - | 1,705,941 |
| **TOTAL OTHER EXPENSE (INCOME)** | **-** | **1,705,873** | **-** | **-** | **1,705,873** |
| **REORGANIZATION ITEMS, NET** | **-** | **2,608,267** | **-** | **-** | **2,608,267** |
| **NET INCOME (LOSS)** | **-** | **(6,838,960)** | **(2)** | **-** | **(6,838,962)** |

(a) Financial statements provided have not been reviewed. As such, the attached financial statements are subject to further adjustments.
(b) The Debtors have identified that impairment indicators, such as those set forth in Financial Accounting Standards Board Accounting Standards Codification (ASC) 360, may be present with respect to the Debtors' properties which could result in a material non-cash impairment charge. As of the time of the publishing of this Operating Report, the Debtors have not applied any impairment charges to their financial statements.

## **Form MOR-3 - Consolidating Balance Sheets**

As of 3/31/19

**Balance Sheet**

**Fairway Energy, LP by Entity (a) (b)**
**March 31, 2019**

| (dollars) | Fairway Energy, LP 3/31/2019 | Fairway Energy Partners, LLC 3/31/2019 | Fairway Energy GP, LLC 3/31/2019 | Eliminations 3/31/2019 | Fairway Energy, LP Consolidated 3/31/2019 |
|---|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | |
| Cash & Cash Equivalents | 1,065 | 4,067,546 | 167,297 | - | 4,235,908 |
| Intercompany Accounts Receivable | 10,195,924 | 17,130,517 | 16,962,091 | (44,288,531) | - |
| Inventory | - | 3,050,150 | - | - | 3,050,150 |
| Prepaid and Other Current Assets | | 1,373,765 | | | 1,373,765 |
| **Total Current Assets** | **10,196,989** | **25,621,978** | **17,129,388** | **(44,288,531)** | **8,659,823** |
| Intercompany Investment in Fairway Energy GP, LLC | 1,000 | - | - | (1,000) | - |
| Interco Investment in Fairway Energy Partners LLC | 369,127,191 | - | - | (369,127,191) | - |
| Property, Equipment and Construction in Progress, net | - | 344,130,270 | - | - | 344,130,270 |
| Restricted Cash | - | 200,891 | - | - | 200,891 |
| Other Non-Current Assets | - | 19,626,562 | - | - | 19,626,562 |
| **TOTAL ASSETS** | **379,325,180** | **389,579,700** | **17,129,388** | **(413,416,722)** | **372,617,545** |
| | | | | | |
| **CURRENT LIABILITIES** | | | | | |
| Accounts Payable | - | 478,387 | - | - | 478,387 |
| Accrued Liabilities | - | 6,463,259 | - | - | 6,463,259 |
| Accrued Interest Payable | - | 93,497 | - | - | 93,497 |
| Debtor in Possession Financing | - | 16,000,000 | - | - | 16,000,000 |
| Current Maturity of Long-Term Debt | - | 90,675,844 | - | - | 90,675,844 |
| **Total Current Liabilities** | **-** | **113,710,988** | **-** | **-** | **113,710,988** |
| Liabilities Subject to Compromise | 2,100 | 32,358,714 | 17,128,417 | (44,288,531) | 5,200,700 |
| Asset Retirement Obligations | - | 419,170 | - | - | 419,170 |
| **Total Long-term Liabilities** | **-** | **419,170** | **-** | **-** | **419,170** |
| **TOTAL LIABILITIES** | **2,100** | **146,488,872** | **17,128,417** | **(44,288,531)** | **119,330,858** |
| **PARTNERS' EQUITY** | | | | | |
| Common Units | 379,323,080 | (126,036,364) | (29) | - | 253,286,687 |
| Intercompany Equity | - | 369,127,191 | 1,000 | (369,128,191) | - |
| **TOTAL PARTNERS' EQUITY** | **379,323,080** | **243,090,828** | **971** | **(369,128,191)** | **253,286,687** |
| **TOTAL LIABILITIES AND PARTNERS EQUITY** | **379,325,180** | **389,579,700** | **17,129,388** | **(413,416,722)** | **372,617,545** |

(a) Financial statements provided have not been reviewed.  As such, the attached financial statements are subject to further adjustments.
(b) The Debtors have identified that impairment indicators, such as those set forth in Financial Accounting Standards Board Accounting Standards Codification (ASC) 360, may be present with respect to the Debtors' properties which could result in a material non-cash impairment charge.  As of the time of the publishing of this Operating Report, the Debtors have not applied any impairment charges to their financial statements.

**In re:** Fairway Energy, LP et al.  
          Debtor

**Case No.** 18-12684 (LSS)  
Jointly Administered

**Reporting Period:** 3/1/19 - 3/31/19

## SUMMARY OF UNPAID POSTPETITION DEBTS

|  | \multicolumn{5}{c}{Number of Days Past Due} |
|---|---|---|---|---|---|
|  | **Current** | **31 - 60** | **61 - 90** | **Over 90** | **TOTAL** |
| Accounts Payable | $ 201,421 | $ - | $ - | $ - | $ 201,421 |
| Wages Payable | 309,674 | - | - | - | 309,674 |
| Taxes Payable | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - |
| Secured Debt / Adequate Protection Pmts | - | - | - | - | - |
| Professional Fees *(a)* | 4,125,745 | - | - | - | 4,125,745 |
| Amounts due to "Insiders" | 62,810 | - | - | - | 62,810 |
| Other Current Accrued Liabilities | 2,335,493 | - | - | - | 2,335,493 |
| Other Liabilities | 16,000,000 | - | - | - | 16,000,000 |
| **Total Postpetition Debts** | **$ 23,035,143** | **$ -** | **$ -** | **$ -** | **$ 23,035,143** |

*(a) Professional Fees include accruals.*

**In re:** Fairway Energy, LP et al.  
Debtor

Case No. 18-12684 (LSS)  
Jointly Administered

**Reporting Period:** 3/1/19 - 3/31/19

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ - |
| + Amounts billed during the period | - |
| - Amounts collected during the period | - |
| **Total Accounts Receivable at the end of the reporting period** | **$ -** |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | $ - |
| 31 - 60 days old | - |
| 61 - 90 days old | - |
| 91+ days old | - |
| **Total Accounts Receivable** | **$ -** |
| Amount considered uncollectable (bad debt) | - |
| **Accounts Receivable (Net)** | **$ -** |

## DEBTOR QUESTIONNAIRE

| Must be Completed Each Month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

MOR-5