**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **FAIRWAY ENERGY, LP,** *et al.*,[1] | § | **Case No. 18-12684 (LSS)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 17, 2019 AT 10:00 A.M. (ET)**

**MATTER GOING FORWARD**

1. Motion of Debtors for Order Authorizing (I) Debtors to Approve Execution of Indemnity Letter Confirming Cancellation of Backup Bidders' Bid Deposit Letter of Creditor and (II) the Issuing Bank to Implement the Cancellation of the Letter of Credit [D.I. 417; 6/6/19]

    Related Documents:

    A. Debtors' Motion for Order Shortening the Time for Notice of Debtors' Motion for Order Authorizing (I) Debtors to Approve Execution of Indemnity Letter Confirming Cancellation of Backup Bidders' Bid Deposit Letter of Creditor and (II) the Issuing Bank to Implement the Cancellation of the Letter of Credit [D.I. 418; 6/6/19]

    B. Order Shortening the Time for Notice of Debtors' Motion for Order Authorizing (I) Debtors to Approve Execution of Indemnity Letter Confirming Cancellation of Backup Bidders' Bid Deposit Letter of Creditor and (II) the Issuing Bank to Implement the Cancellation of the Letter of Credit [D.I. 419; 6/7/19]

    C. Notice of Motion [D.I. 420; 6/7/19]

    Response Deadline:       June 14, 2019 at 12:00 p.m. (ET)

    Responses Received:

    D. None at this time

    Status:       This matter is going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, include: Fairway Energy, LP (4200); Fairway Energy Partners, LLC (7914); and Fairway Energy GP, LLC (7808). The location of the Debtors' service address is 1000 Louisiana, Suite 1400, Houston TX 77002

| | |
|---|---|
| Dated: Wilmington, Delaware<br>June 14, 2019 | HAYNES AND BOONE, LLP<br>Patrick L. Hughes (admitted *pro hac vice*)<br>Martha Wyrick (admitted *pro hac vice*)<br>1221 McKinney Street, Suite 2100<br>Houston, Texas 77010<br>Telephone: (713) 547-2000<br>Facsimile: (713) 547-2600<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Kenneth J. Enos*<br>Edmon L. Morton (No. 3856)<br>Kenneth J. Enos (No. 4544)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>ATTORNEYS FOR THE DEBTORS<br>AND DEBTORS IN POSSESSION |

01:24588458.1