**Exhibit A**

**Fairway Energy, LP, *et al*.**
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|
| | | % | % | % | % | |
| 2 | Senior Secured Lender Allowed Prepetition Secured Claims | 3 | 0 | $2,250,000.00 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 4 | Allowed General Unsecured Claims | 14 | 0 | $135,472,808.49 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |

**<u>Exhibit B</u>**

**Fairway Energy, LP, *et al.***
**Exhibit B - Report of Non-Security Ballots Excluded from Tabulation**

| Plan Class | Plan Class Description | Creditor Name | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|
| 4 | Allowed General Unsecured Claims | Falcon Global Partners LLC | $5,000.00 | N/A | Holder did not Indicate Vote to Accept or Reject the Plan; Holder not Entitled to Vote on the Plan |
| 4 | Allowed General Unsecured Claims | Falcon Global Partners LLC | $5,000.00 | Accept | Holder not Entitled to Vote on the Plan |
| 4 | Allowed General Unsecured Claims | Swyka, Jr., Nicholas L. | $4,020.00 | Accept | Superseded by Later Receievd Valid Ballot Included in Final Tabulation |
| 4 | Allowed General Unsecured Claims | Swyka, Jr., Nicholas L. | $4,020.00 | Accept | Duplicate of Valid Ballot Included in Final Tabulation |
| 4 | Allowed General Unsecured Claims | Swyka, Nicholas L. | $4,020.00 | Accept | Duplicate of Valid Ballot Included in Final Tabulation |