**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | § | Chapter 11 |
| | § | |
| **FAIRWAY ENERGY, LP, *et al.*,**[1] | § | Case No. 18-12684 (LSS) |
| | § | |
| **Debtors.** | § | (Jointly Administered) |
| | § | |
| | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 17, 2019 AT 11:00 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1. Debtors' Motion for Entry of Orders: (I) (A) Authorizing and Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases, (C) Approving the Form and Manner of Notices in Connection with the Sale of Substantially All of the Debtors' Assets and the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith, (D) Scheduling a Hearing on Approval of the Proposed Sale of the Debtors' Assets, and (E) Granting Related Relief; and (II) (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith, and (C) Granting Related Relief [D.I. 64; 12/6/18]

    Related Documents:

    A. Order (A) Authorizing and Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases, (C) Approving the Form and Manner of Notices in Connection with the Sale of Substantially All of the Debtors' Assets and the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith, (D) Scheduling a Hearing on Approval of the Proposed Sale of the Debtors' Assets, and (E) Granting Related Relief [D.I. 141; 1/9/19]

    B. Underground Storage, LLC's Motion to Enforce Section 365(d)(3) [D.I. 154; 1/11/19]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, include: Fairway Energy, LP (4200); Fairway Energy Partners, LLC (7914); and Fairway Energy GP, LLC (7808). The location of the Debtors' service address is 1000 Louisiana, Suite 1450, Houston TX 77002.

01:24700662.3

C.    Notice of (I) Solicitation of Initial Bids; (II) Bidding Procedures; (III) Auction; (IV) Sale Hearing and (V) Related Relief and Dates [D.I. 159; 1/14/19]

D.    Notice of (I) Debtors' Request for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (II) Debtors' Proposed Cure Amounts [D.I. 161; 1/16/19]

E.    Notice of Filing of Forms of Purchase Agreements [D.I. 163; 1/16/19]

F.    Debtors' Response to Underground Storage, LLC's Motion to Enforce Section 365(d)(3) [D.I. 173; 1/29/19]

G.    Declaration of James V. Scandola in Support of Debtors' Response to Underground Storage, LLC's Motion to Enforce Section 365(d)(3) [D.I. 181; 1/30/19]

H.    Underground Storage, LLC's Reply in Support of Its Motion to Enforce Section 365(d)(3) [D.I. 182; 1/30/19]

I.    Debtors' Objections to the Declaration of Bruce E. Martin [D.I. 184; 1/31/19]

J.    Order Resolving Underground Storage, LLC's Motion to Enforce Section 365(d)(3) and the Debtors' Objection Thereto [D.I. 204; 2/8/19]

K.    Notice of Filing of Stipulation Regarding Cure Amount for the Lease Agreement with Stevenson Lessors [D.I. 208; 2/12/19]

L.    Notice of Filing of Form Escrow Agreement [D.I. 211; 2/14/19]

M.    Notice of Filing of Proposed Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith, and (C) Granting Related Relief [D.I. 215; 2/15/19]

N.    Affidavit of Publication [D.I. 226; 2/20/19]

O.    Notice of (I) Revised Bid Deadline and (II) Rescheduled Date for Auction and Sale Hearing [D.I. 239; 2/27/19]

P.    Second Notice of (I) Debtors' Request for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (II) Debtors' Proposed Cure Amounts [D.I. 272; 3/12/19]

Q.    Notice of Revised Deadline for Debtors to Designate Baseline Bid(s) [D.I. 281; 3/18/19]

R.      Notice of Successful Bidder [D.I. 290; 3/27/19]

S.      Notice of Filing of Revised Proposed Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith, and (C) Granting Related Relief [D.I. 307; 4/8/19]

T.      Debtors' Brief in Support of the Sale of Assets [D.I. 308; 4/8/19]

U.      Declaration of Richard J. Shinder in Support of Sale [D.I. 309; 4/8/19]

V.      Declaration of Dana A. Grams in Support of Sale [D.I. 311; 4/8/19]

W.      Notice of Filing of Asset Purchase and Sale Agreement [D.I. 315; 4/9/19]

X.      Declaration of Jaime M. Brodsky in Support of Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith, and (C) Granting Related Relief [D.I. 317; 4/9/19]

Y.      Notice of Filing of Further Revised Proposed Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith, and (C) Granting Related Relief [D.I. 320; 4/10/19]

Z.      Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith, and (C) Granting Related Relief [D.I. 330; 4/11/19]

AA.      [SEALED] Third Notice of (I) Debtors' Request for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (II) Debtors' Proposed Cure Amounts [D.I. 346; 4/19/19]

BB.      [REDACTED] Third Notice of (I) Debtors' Request for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (II) Debtors' Proposed Cure Amounts [D.I. 347; 4/19/19]

CC.      Notice of Filing of Stipulation Confirming Harris County Secured Tax Cure Payment and Withdrawal of Claim [D.I. 409; 6/3/19]

DD. Notice of Filing of Amended Stipulation Regarding Cure Amount for the Lease Agreement with Stevenson Lessors [D.I. 410; 6/3/19]

EE. Notice of Filing of Stipulation Confirming San Jacinto College Secured Tax Payment and Withdrawal of Claim [D.I. 422; 6/10/19]

FF. Notice of Filing of Stipulation Confirming Pasadena Independent School District Secured Tax Payment and Withdrawal of Claim [D.I. 423; 6/10/19]

Response Deadline: February 12, 2019 at 4:00 p.m. (ET); Extended to February 22, 2019 at 2:30 p.m. (ET) for Texas and U.S. Government Entities; Extended to March 27, 2019 for Riverstone Credit Partners, L.P.

Supplemental Response Deadline: March 26, 2019 at 4:00 p.m. (ET)

Responses Received:

GG. Underground Storage, LLC's Response to (I) Debtors' Request for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases and (II) Debtors' Proposed Cure Amounts [D.I. 209; 2/12/19]

HH. Objection of Harris County to Debtors' Motion for Entry of Orders: (I) (A) Authorizing and Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases, (C) Approving the Form and Manner of Notices in Connection with the Sale of Substantially All of the Debtors' Assets and the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith, (D) Scheduling a Hearing on Approval of the Proposed Sale of the Debtors' Assets, and (E) Granting Related Relief; and (II) (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith, and (C) Granting Related Relief [D.I. 263; 3/11/19]

Status: This matter is resolved.

2. Debtors' First Motion for an Order, Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006, Authorizing the Rejection of Executory Contracts *Nunc Pro Tunc* to the Proposed Rejection Date [D.I. 413; 6/5/19]

Related Documents:

A. Certificate of No Objection [D.I. 447; 6/20/19]

B. Certification of Counsel Regarding <u>Corrected</u> Order Granting Debtors' First Motion for an Order, Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006, Authorizing the Rejection of Executory Contracts *Nunc Pro Tunc* to the Proposed Rejection Date [D.I. 452; 6/24/19]

C. <u>Corrected</u> Order Granting Debtors' First Motion for an Order, Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006, Authorizing the Rejection of Executory Contracts *Nunc Pro Tunc* to the Proposed Rejection Date [D.I. 457; 6/25/19]

<u>Response Deadline</u>:     June 19, 2019 at 4:00 p.m. (ET)

<u>Responses Received</u>:     None

<u>Status</u>:     An order has been entered by the Court. No hearing is required.

3. Debtors' Objection to Claim of ISFI Constructors LLC [D.I. 439; 6/14/19]

<u>Related Documents</u>:

A. Motion to Shorten Notice and Limit Notice Regarding Cross-Motion of ISFI Constructors LLC for Relief from Automatic Stay to Assert Counterclaim in State Court Action [D.I. 472; 7/8/19]

B. Order Shortening Notice and Limiting Notice Regarding Cross-Motion of ISFI Constructors LLC for Relief from Automatic Stay to Assert Counterclaim in State Court Action [D.I. 474; 7/9/19]

<u>Response Deadline</u>:     June 28, 2019 at 4:00 p.m. (ET); Extended to July 8, 2019 for ISFI Constructors LLC

<u>Responses Received</u>:

C. Response to Debtors' Objection to Claim of ISFI Constructors LLC and Cross-Motion for Relief from Automatic Stay to Assert Counterclaim in State Court Action [D.I. 468; 7/8/19]

<u>Status</u>:     This matter is adjourned.

4. Debtors' Motion to Further Extend the Period Within Which the Debtors May Remove Certain Claims and Causes of Action [D.I. 453; 6/24/19]

<u>Related Documents</u>:

A. Certificate of No Objection [D.I. 476; 7/9/19]

    B.    Order Further Extending the Period Within Which the Debtors May Remove Certain Actions [D.I. 479; 7/12/19]

Response Deadline:    July 8, 2019 at 4:00 p.m. (ET)

Responses Received:    None

Status:    An order has been entered by the Court. No hearing is required.

## MATTER WITH CERTIFICATION

5.    Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 438; 6/14/19]

Related Documents:

    A.    Certificate of No Objection [D.I. 465; 7/1/19]

    B.    Notice of Submission of Copies of Proofs of Claim [D.I. 466; 7/2/19]

    C.    Proposed Order

Response Deadline:    June 28, 2019 at 4:00 p.m. (ET)

Responses Received:    None

Status:    A certificate of no objection was filed with the Court. No hearing is required unless the Court has questions or concerns.

## MATTERS GOING FORWARD

6.    First Amended Joint Plan of Liquidation of the Debtors and Debtors in Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 484; 7/15/19]

Related Documents:

    A.    Joint Plan of Liquidation of the Debtors and Debtors-in-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 373; 5/9/19]

    B.    Disclosure Statement Under 11 U.S.C. § 1125 in Support of the Joint Plan of Liquidation of the Debtors and Debtors-in-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 374; 5/9/19]

    C.    First Amended Joint Plan of Liquidation of the Debtors and Debtors in Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 392; 5/29/19]

D.   Disclosure Statement Under 11 U.S.C. § 1125 in Support of the First Amended Joint Plan of Liquidation of the Debtors and Debtors-in-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 393; 5/29/19]

E.   Notice of Filing of Blacklines of Solicitation Versions of (I) First Amended Joint Plan of Liquidation of the Debtors and Debtors-in-Possession Pursuant to Chapter 11 of the Bankruptcy Code and (2) Related Disclosure Statement [D.I. 394; 5/29/19]

F.   Order (I) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan of Liquidation, (II) Conditionally Approving Disclosure Statement, (III) Establishing Procedures for Solicitation and Tabulation of Votes on Plan, and (IV) Approving Related Matters [D.I. 397; 5/29/19]

G.   Disclosure Statement Under 11 U.S.C. § 1125 in Support of the First Amended Joint Plan of Liquidation of the Debtors and Debtors-in-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 406; 6/3/19]

H.   Notice of Filing of Revised Solicitation Version of Disclosure Statement Under 11 U.S.C. § 1125 in Support of the First Amended Joint Plan of Liquidation of the Debtors and Debtors-in-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 407; 6/3/19]

I.   Notice of Combined Hearing to Consider Confirmation of the Chapter 11 Plan and Adequacy of the Disclosure Statement Filed by the Debtors and Related Voting and Objection Deadlines [D.I. 408; 6/3/19]

J.   Affidavit of Publication [D.I. 441; 6/14/19]

K.   Declaration of Robert M. Flavin in Support of Confirmation of the First Amended Joint Plan of Liquidation of the Debtors and Debtors in Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 481; 7/15/19]

L.   Declaration of Gary Barton in Support of Confirmation of the First Amended Joint Plan of Liquidation of the Debtors and Debtors in Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 482; 7/15/19]

M.   Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the First Amended Joint Plan of Liquidation of the Debtors and Debtors in Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 483; 7/15/19]

N.   Notice of Filing of Revised First Amended Joint Plan of Liquidation of the Debtors and Debtors in Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 485; 7/15/19]

    O.    Debtors' Memorandum of Law in Support of Approval of Disclosure Statement and Confirmation of First Amended Joint Plan of Liquidation of the Debtors and Debtors in Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 486; 7/15/19]

    P.    Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement Pursuant to Sections 1125 and 1126(c) of the Bankruptcy Code and (II) Confirming the Chapter 11 Plan of Liquidation of Fairway Energy, LP and Its Affiliated Debtors and Debtors in Possession [D.I. 487; 7/15/19]

Response Deadline:    July 8, 2019 at 4:00 p.m. (ET); Extended to July 12, 2019 at 4:00 p.m. (ET) for the Office of the U.S. Trustee

Responses Received:

    Q.    Informal response from the Office of the United States Trustee

Status:    The Debtors believe that they have resolved all issues raised by the Office of the United States Trustee. This matter is going forward.

7.    Response to Debtors' Objection to Claim of ISFI Constructors LLC and Cross-Motion for Relief from Automatic Stay to Assert Counterclaim in State Court Action [D.I. 468; 7/8/19]

Related Documents:

    A.    Debtors' Objection to Claim of ISFI Constructors LLC [D.I. 439; 6/14/19]

    B.    Motion to Shorten Notice and Limit Notice Regarding Cross-Motion of ISFI Constructors LLC for Relief from Automatic Stay to Assert Counterclaim in State Court Action [D.I. 472; 7/8/19]

    C.    Order Shortening Notice and Limiting Notice Regarding Cross-Motion of ISFI Constructors LLC for Relief from Automatic Stay to Assert Counterclaim in State Court Action [D.I. 474; 7/9/19]

    D.    Notice of Cross-Motion of ISFI Constructors LLC for Relief from Automatic Stay to Assert Counterclaim in State Court Action [D.I. 477; 7/9/19]

Response Deadline:    July 15, 2019 at 4:00 p.m. (ET)

Responses Received:

Status:    This matter is going forward.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>July 15, 2019 | HAYNES AND BOONE, LLP<br>Patrick L. Hughes (admitted *pro hac vice*)<br>Martha Wyrick (admitted *pro hac vice*)<br>1221 McKinney Street, Suite 2100<br>Houston, Texas 77010<br>Telephone: (713) 547-2000<br>Facsimile: (713) 547-2600<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Kenneth J. Enos*<br>Edmon L. Morton (No. 3856)<br>Kenneth J. Enos (No. 4544)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>ATTORNEYS FOR THE DEBTORS<br>AND DEBTORS IN POSSESSION |

01:24700662.3