# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **FAIRWAY ENERGY, LP, *et al.*,**[1] | § | Case No. 18-12684 (LSS) |
| | § | |
| **Debtors.** | § | (Jointly Administered) |
| | § | |
| | § | Ref. Docket. No. 499 |

### NOTICE OF (A) ENTRY OF FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER (I) APPROVING THE DISCLOSURE STATEMENT PURSUANT TO SECTIONS 1125 AND 1126(c) OF THE BANKRUPTCY CODE AND (II) CONFIRMING THE CHAPTER 11 PLAN OF LIQUIDATION FO FAIRWAY ENERGY, LP AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION; (B) OCCURRENCE OF EFFECTIVE DATE THEREUNDER; AND (C) RELATED DEADLINES

**PLEASE TAKE NOTICE** that on July 18, 2019, the United States Bankruptcy Court for the District of Delaware (the **"Bankruptcy Court"**) entered its *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement Pursuant to Sections 1125 and 1126(c) of the Bankruptcy Code and (II) Confirming the Chapter 11 Plan of Liquidation of Fairway Energy, LP and Its Affiliated Debtors and Debtors in Possession* [Docket No. 499] (the **"Confirmation Order"**). Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the *First Amended Joint Plan of Liquidation of the Debtors and Debtors in Possession Pursuant to Chapter 11 of the Bankruptcy Code* (including all exhibits thereto and as may be amended, modified, or supplemented from time to time, the **"Plan"**), which is attached to the Confirmation Order as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan under the Confirmation Order is deemed to have occurred on **August 1, 2019**.

**PLEASE TAKE FURTHER NOTICE** that any party in interest seeking to obtain a copy of the Confirmation Order may obtain such copy: (i) at https://cases.primeclerk.com/fairwayenergy/Home-DocketInfo; or (ii) by contacting Chad Corazza, Paralegal, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, (302) 576-26004, ccorazza@ycst.com. Copies of the Confirmation Order may also be reviewed during regular business hours at the Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801, or may be obtained at the Bankruptcy Court's website at http://www.deb.uscourts.gov by following the directions for accessing the ECF system on such site.

### FINAL ADMINISTRATIVE EXPENSE CLAIM BAR DATE

**PLEASE TAKE FURTHER NOTICE that each Holder of an Administrative Expense Claim against any of the Debtors that arises, accrues or otherwise becomes due and payable during the period after May 8, 2019 through and including the Confirmation Date, other than a Holder of (a) a Professional Claim or (b) a Claim for United States Trustee fees, must file with the Bankruptcy Court, and serve on the undersigned counsel to the Debtors, a Proof of Claim for such Administrative Expense Claim <u>on or</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, include: Fairway Energy, LP (4200); Fairway Energy Partners, LLC (7914); and Fairway Energy GP, LLC (7808). The location of the Debtors' service address is 1000 Louisiana, Suite 1450, Houston, Texas 77002.

**before September 2, 2019.  Such Proof of Claim must include at a minimum: (i) the name of the Debtor(s) that are purported to be liable for the Administrative Expense Claim; (ii) the name of the Holder of the Administrative Expense Claim; (iii) the amount of the Administrative Expense Claim; (iii) the basis of the Administrative Expense Claim; and (iv) supporting documentation for the Administrative Expense Claim.  Any Administrative Expense Claim that is not timely filed as set forth above will be forever barred, and holders of such Administrative Expense Claims will not be able to assert such Claims against the Plan Administrator, the post-Effective Date Debtors, the Debtors, or their Estates, or their respective successors or assigns or their respective property.**

## REJECTION CLAIM BAR DATE

**PLEASE TAKE FURTHER NOTICE** that each Holder of a Rejection Claim for damages arising from, or relating to, the rejection of any executory contract or unexpired lease pursuant to section 365(a) of the Bankruptcy Code pursuant to the Plan, including, but not limited to, any Claim of (a) a lessor for damages resulting from the rejection of a lease of real property as any such Claim shall be calculated in accordance with section 502(b)(6) of the Bankruptcy Code; or (b) an employee for damages resulting from the rejection of an employment agreement as any such Claim shall be calculated in accordance with section 502(b)(7) of the Bankruptcy Code, must file with the Bankruptcy Court, and serve on the undersigned counsel to the Debtors, a Proof of Claim for such Rejection Claim **on or before September 2, 2019**.  Such Proof of Claim must include at a minimum: (i) the name of the Holder of the Rejection Claim; (ii) the amount of the Rejection Claim; (iii) the basis of the Rejection Claim; and (iv) supporting documentation for the Rejection Claim.  **Any Proof of Claim that is not timely filed shall not be treated as a creditor or a claimant for purposes of distribution under the Plan and Holders of such Rejection Claims will not be able to assert such Rejection Claims in any manner against the Plan Administrator, the post-Effective Date Debtors, the Debtors, or their Estates, or their respective successors or assigns or their respective property.**

## PROFESSIONAL CLAIM BAR DATE

**PLEASE TAKE FURTHER NOTICE** that any Professional of the Debtors seeking allowance by the Bankruptcy Court of a Professional Claim must file its respective final application for allowance of compensation for services rendered and reimbursement of expenses incurred prior to the Effective Date **on or before September 2, 2019.**

*[remainder of page intentionally left blank]*

|  |  |
|---|---|
| Dated:  Wilmington, Delaware<br>August 6, 2019 | HAYNES AND BOONE, LLP<br>Patrick L. Hughes (admitted *pro hac vice*)<br>Martha Wyrick (admitted *pro hac vice*)<br>1221 McKinney Street, Suite 2100<br>Houston, Texas 77010<br>Telephone: (713) 547-2000<br>Facsimile: (713) 547-2600<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Elizabeth S. Justison*<br>Edmon L. Morton (No. 3856)<br>Kenneth J. Enos (No. 4544)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>ATTORNEYS FOR THE PLAN ADMINISTRATOR |